## <u>Notice of Transfer of Case to Electronic Case Filing System</u>

Effective December 17,1998, this case is on the Electronic Case Filing System and is no longer docketed on BANCAP, the previously used docketing system. Entries made up until the conversion can be viewed on PACER. Attorneys must comply with General Order #192 and file all new documents on the Electronic Case Filing System.

The BANCAP docket is entered as Document #1 on the Electronic Case Filing System and *<u>SELECTED</u>* documents from the case file may have been entered in their entirety on ECF. However, the docket numbers for those documents on the BANCAP docket *<u>DO NOT MATCH</u>* the numbers assigned in the Electronic Case Filing System.

If you are filing a document that references one of the documents transferred to the Electronic Case Filing System, use the document number assigned in ECF. Otherwise, reference the BANCAP # and annotate it as follows:

"#____ BANCAP (SEE DOCUMENT #1)"

For questions regarding submitting or linking a document, call the court at (212)668-2870, Ext. 3500. Provide the case name, number and judge assigned to the case, and ask to speak with a case administrator. For Technical Assistance ONLY, call (212)668-2870, Ext. 3522.

U.S. Bankruptcy Court
Southern District of New York (NYC Office)

Bankruptcy Petition #: 92-43150

Date filed: 6/5/92
Assigned to: Judge Cornelius Blackshear
Chapter 11    voluntary                      asset


========================    * Attorneys *

PAYROLL EXPRESS CORPORATION    Leon C. Marcus
1265 Durant Street                      Piper & Marbury L.L.P.
Elizabeth, NJ 07208                     1251 Avenue of the Americas
Tax ID:    22-1858020                   New York, NY 10020-1104
          * Debtor *                    212-835-6000

ROBERT M. FELZENBERG                    Allan M. Harris
19 Denman Place                         Ravin, Greenberg & Marks, P.A.
Hillside, NJ 07205                      101 Eisenhower Parkway
SSN: 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                        Roseland, NJ 07068-1092
          * Debtor *                    201-226-1500

BARBARA M. FELZENBERG                   Allan M. Harris
          * Debtor *                    (See above)


-------------------------

JOHN S. PEREIRA                         Sarah M. Keenan
150 East 58th Street                    Shaw, Licitra, et al.
Ste. 2310                               1010 Franklin Ave.
New York, NY 10155                      Garden City, NY 11530
          * Trustee *                   516-742-0610

JOHN PEREIRA, Trustee
150 East 58th Street
24th Floor
New York, NY 10155
          * Trustee *


========================    * Attorneys *

ARTHUR J. GONZALEZ                      Mary   Elizabeth Tom
80 Broad Street - 3rd Floor             Assistant United States Trustee
New York, NY                            80 Broad Street, Third Floor
          * United States Trustee *     New York, NY 10004
                                        212-668-2200


========================    * Attorneys *

UST
33 Whitehall Street
21st Floor
New York, NY 10004
    * United States Trustee *


=======================      * Attorneys *

UNITED STATES TRUSTEE
33 Whitehall Street
21st Floor
New York, NY 10004
    * United States Trustee *


---------------------------------------------------
Proceedings include events between 1/1/92 and 12/17/98.       ECFS  CONSOL

| 6/5/92 | Voluntary Petition all schedules and statements. , Disclosure statement due 10/5/92 Chapter 11 Plan due 10/5/92 ( Filing Fee $ 600.00 Receipt # 170642)      eod 6/8/92 doc # 1 (ea) [EOD 06/08/92] [92-43150] |
|---|---|
| 5/21/93 | Any Document Docketed before 5/21/93 was Entered on Computer Document Imaging (EOD Date: 5/21/93. Doc. No: 5) (psha) [EOD 05/21/93] [92-43150] |
| 7/19/93 | Order signed 7/12/93 providing for Joint Administration. (Original Document docketed on 92-43149.) (EOD Date: 8/4/93)     ***** FOR ENTRIES #1 - #189, SEE DOCKET #92-B-43149 ***** (gc) [EOD 08/04/93] [92-43150] |
| 7/21/93 | Order Signed On: 7/20/93, granting Application by Trustee To Employ Herbert New and David W. New, P.C. as Special Counsel to represent the Trustee in the sale of real property located at 28 Denman Place, Elizabeth, NJ. (EOD Date: 8/5/93. Doc. No: 190) (gc) [EOD 08/05/93] [92-43150] |
| 7/23/93 | Notice of Presentment of Stipulation and Order further extending the Trustee's Time to assume or reject an unexpired nonresidential real property lease. Filed By Sarah M. Keenan for Trustee John S. Pereirai. Presentment date: 7/29/93 @ 10:00; Objections by 7/28/93 @ 5:00. (EOD Date: 8/5/93. Doc. No: 191) (gc) [EOD 08/05/93] [92-43150] |
| 7/27/93 | Notice of Cross Motion Filed By Debtors Robert and Barbara M. Felzenberg for an Order authorizing use of credit cards against RE: #68 Motion by Trustee (docketed on Case #92-45415) (EOD Date: 8/5/93. Doc. No: 204) (gc) [EOD 08/05/93] [92-43150] |

7/27/93         Opposition by Debtor Robert M. Felzenberg RE: Motion #68
                (docketed on 92-45415) by Trustee for an order directing
                the Felzenbergs to turnover all credit cards and documents;
                and in Support of Re: [204-1] Cross Motion By the
                Felzenbergs for an Order authorizing use of credit cards
                RET: 8/4/93 @ 9:45 (EOD Date: 8/5/93. Doc. No: 205) (gc)
                [EOD 08/05/93] [92-43150]

7/29/93         Statement Of Operations for Robert and Barbara Felzenberg
                from 4/1/93 to 4/30/93 (EOD Date: 8/5/93. Doc. No: 192) (gc)
                [EOD 08/05/93] [92-43150]

7/29/93         Statement Of Operations for Robert and Barbara Felzenberg
                from 5/1/93 to 5/31/93 (EOD Date: 8/5/93. Doc. No: 193) (gc)
                [EOD 08/05/93] [92-43150]

7/29/93         Statement Of Operations for Robert and Barbara Felzenberg
                from 6/1/93 to 6/30/93 (EOD Date: 8/5/93. Doc. No: 194) (gc)
                [EOD 08/05/93] [92-43150]

7/29/93         Statement Of Operations for Stephen Blair Apartments, Inc.
                from 4/1/93 to 4/30/93 (EOD Date: 8/5/93. Doc. No: 195) (gc)
                [EOD 08/05/93] [92-43150]

7/29/93         Statement Of Operations Stephen Blair Apartments, Inc. from
                5/1/93 to 5/31/93 (EOD Date: 8/5/93. Doc. No: 196) (gc)
                [EOD 08/05/93] [92-43150]

7/29/93         Statement Of Operations for Stephen Blair Apartments, Inc.
                from 6/1/93 to 6/30/93 (EOD Date: 8/5/93. Doc. No: 197) (gc)
                [EOD 08/05/93] [92-43150]

7/29/93         Objection By Trustee John S. Pereira To Robert Felzenberg's
                Application for an order continuing the funding of budget
                and use of cash collateral for an additional six month
                period (Application docketed in Case #92-44476, document
                #52). RET: 8/4/93 @ 9:45. (EOD Date: 8/5/93. Doc. No: 198)
                (gc) [EOD 08/05/93] [92-43150]

7/29/93         Objection By Creditor New York City Transit Authority To
                Robert Felzenberg's Motion for the use of cash collateral
                to fund the budget and use of cash collateral for an
                additional six month period (Motion docketed on Case
                #92-44476, document #52). RET: 8/4/93 @ 9:45 (EOD Date:
                8/5/93. Doc. No: 199) (gc) [EOD 08/05/93] [92-43150]

7/30/93         Objection By Creditor Copytone, Inc. To Robert Felzenberg's
                Motion to use cash collateral to fund the budget of Robert
                and Barbara Felzenberg for an additional six month period
                (Motion docketed on Case #92-44476, document #52). RET:
                8/4/93 @ 9:45 (EOD Date: 8/5/93. Doc. No: 200) (gc)
                [EOD 08/05/93] [92-43150]

7/30/93          Objection By Creditor United Jersey Bank To Robert
                 Felzenberg's Motion to use cash collateral for an
                 additional six month period (Motion docketed on Case
                 #92-44476, document #52). RET: 8/4/93 @ 9:45 (EOD Date:
                 8/5/93. Doc. No: 201) (gc) [EOD 08/05/93] [92-43150]

7/30/93          So Ordered Stipulation Signed 7/30/93 among Trustee, John
                 S. Pereira, Sarah M. Keenan, Attorney to Trustee and Howard
                 S. Greenberg, Attorney to Robert and Barbara Felzenberg
                 further extending the Trustee's time to assume or reject an
                 unexpired nonresidential real property lease located at
                 1257-1265 Durant Street, Elizabeth, NJ, for 120 days from
                 7/29/93. (EOD Date: 8/5/93. Doc. No: 202) (gc)
                 [EOD 08/05/93] [92-43150]

7/30/93          Affidavit Of Service Of [198-1] Objection by John S.
                 Pereira (EOD Date: 8/5/93. Doc. No: 203) (gc) [EOD 08/05/93]
                 [92-43150]

7/30/93          Statement in Opposition by Trustee John S. Pereira Re:
                 [204-1] Cross Motion Filed By Debtors Robert and Barbara M.
                 Felzenberg for an Order authorizing use of credit cards.
                 RET: 8/4/93 @ 9:45 (EOD Date: 8/5/93. Doc. No: 206) (gc)
                 [EOD 08/05/93] [92-43150]

8/3/93           Complaint (93-9328) John S. Pereira vs. Robert Gussow .
                 NOS 454 Recover Money/Property . ( Filing Fee Charge to
                 Estate) (EOD Date: 8/4/93. Doc. No: 1) (jr) [EOD 08/04/93]
                 [93-9328]

8/4/93           Complaint (93-9339) John S. Pereira       vs. Robert Gussow .
                 NOS 454 Recover Money/Property . ( Filing Fee $ Charge to
                 Estate) (EOD Date: 8/4/93. Doc. No: 1) (jr) [EOD 08/04/93]
                 [93-9339]

8/5/93           Statement Of Operations for Robert and Barbara Felzenberg
                 from 4/1/93 to 4/30/93 (EOD Date: 8/6/93. Doc. No: 207) (gc)
                 [EOD 08/06/93] [92-43150]

8/5/93           Statement Of Operations for Robert and Barbara Felzenberg
                 from 5/1/93 to 5/31/93 (EOD Date: 8/6/93. Doc. No: 208) (gc)
                 [EOD 08/06/93] [92-43150]

8/5/93           Statement Of Operations for Robert and Barbara Felzenberg
                 from 6/1/93 to 6/30/93 (EOD Date: 8/6/93. Doc. No: 209) (gc)
                 [EOD 08/06/93] [92-43150]

8/5/93           Statement Of Operations for Stephen Blair Apartments, Inc.
                 from 4/1/93 to 4/30/93 (EOD Date: 8/6/93. Doc. No: 210) (gc)
                 [EOD 08/06/93] [92-43150]

8/5/93           Statement Of Operations for Stephen Blair Apartments, Inc.
                 from 5/1/93 to 5/31/93 (EOD Date: 8/6/93. Doc. No: 211) (gc)
                 [EOD 08/06/93] [92-43150]

| | |
|---|---|
| 8/5/93 | Statement Of Operations for Stephen Blair Apartments, Inc. from 6/1/93 to 6/30/93 (EOD Date: 8/6/93. Doc. No: 212) (gc) [EOD 08/06/93] [92-43150] |
| 8/9/93 | Letter Filed by New York State Dept of Taxation and Finance dated 8/2/93 to Attorney for debtors Robert and Barbara Feltzenberg Re: Post-Petition Liability. (EOD Date: 8/9/93. Doc. No: 213) (gc) [EOD 08/09/93] [Edit date 08/10/93] [92-43150] |
| 8/9/93 | Order Signed On: 8/6/93, Re: #68 (on 92-45415) Directing Debtors not to use any personal or corpoate credit cards or lines of credit under credit card agreements; Authorizing trustee to advise TRW or other credit reporting agency of pending bankruptcy case; Directing turnover of all books and records in their possession or in the possession of a third party under their control relating to assets and liabilities of the Debtors; Authorizing Trustee's full, unimpeded access to the contents of the Sealed File. (EOD Date: 8/11/93. Doc. No: 214) (em) [EOD 08/11/93] [92-43150] |
| 8/9/93 | Order   Signed On: 8/6/93, Granting Oral Motion by Trustee, Directing The Felzenbergs to give the trustee and GEM Auction Corp unimpeded access to the Residence located at 19 Denman PlaCE, Hillside, NJ on 8/20/93 and continously thereafter for sale purposes . (EOD Date: 8/11/93. Doc. No: 215) (em) [EOD 08/11/93] [92-43150] |
| 8/9/93 | Application By Trustee John S. Pereira To Employ G.E.M. Auction Corp. with Notice of Presentment of Proposed Order. Presentment Date: 8/13/93 10:00. (EOD Date: 8/12/93. Doc. No: 216) (em) [EOD 08/12/93] [92-43150] |
| 8/9/93 | Application By      Trustee John S. Pereira To Expand the Retention of Anderson Kill Olick & Oshinsky, P.C. as Special Insurance Counsel With Notice of Presentment of Proposed Order. Presentment Date: 8/13/93 10:00 (EOD Date: 8/12/93. Doc. No: 217) (em) [EOD 08/12/93] [92-43150] |
| 8/16/93 | Application By      Trustee John S. Pereira To Extend Time To File Schedules, Lists, Statement of Affairs. with Notice of Presentment of Proposed Order. Presentment Date: 8/19/93 5:00. (EOD Date: 8/17/93. Doc. No: 218) (em) [EOD 08/17/93] [92-43150] |
| 8/17/93 | Order   Signed On: 8/17/93 Granting [217-1] Application To Expand the Retention of Anderson Kill Olick & Oshinsky, P.C. as Special Insurance Counsel to Trustee by John S. Pereira (EOD Date: 8/17/93. Doc. No: 219) (em) [EOD 08/17/93] [92-43150] |

| | |
|---|---|
| 8/17/93 | Order   Signed On: 8/17/93 Granting [216-1] Application To Employ G.E.M. Auction Corp. as Auctioneers/or Brokers by John S. Pereira . (EOD Date: 8/17/93. Doc. No: 220) (em) [EOD 08/17/93] [92-43150] |
| 8/20/93 | Statement Of Operations for June 1993 (EOD Date: 8/23/93. Doc. No: 221) (em) [EOD 08/23/93] [92-43150] |
| 8/23/93 | Order   Signed On: 8/20/93 Denying motion to continue the budget for Robert and Barbara Felzenberg payable from the Estate of Stephen-Blair Apartments and for the use of cash collateral RE: [204-1] Cross Motion Filed By Debtors Robert and Barbara M. Felzenberg (92-44476) (EOD Date: 8/24/93. Doc. No: 222) (em) [EOD 08/24/93] [92-43150] |
| 8/23/93 | Notice by Trustee John S. Pereira of adjournment of 341A meeting to 9/8/93. (EOD Date: 8/25/93. Doc. No: 223) (em) [EOD 08/25/93] [92-43150] |
| 8/26/93 | Order Signed On: 8/24/93 Granting [218-1] Application To Extend Time through and including 9/22/93 to File Schedules, Lists, Statement of Affairs. Filed by Trustee, John S. Pereira . (EOD Date: 8/30/93. Doc. No: 224) (gc) [EOD 08/30/93] [92-43150] |
| 8/27/93 | Application By Auctioneer G.E.M. Auction Corp. For Compensation ( Fees: $ 41,700.00,      Expenses: $ 1,611.30) with Copy of Auctioneer's Report of Sale. (EOD Date: 9/17/93. Doc. No: 228) (gc) [EOD 09/17/93] [92-43150] |
| 8/27/93 | Order Signed On: 8/27/93 Granting [228-1] Application For Compensation ( Fees: $ 41,700.00,      Expenses: $ 1,611.30) by G.E.M. Auction Corp. payment to G.E.M. Auction Corp. of $41,700.00 in fees and $1,611.30 in expenses. (EOD Date: 9/17/93. Doc. No: 229) (gc) [EOD 09/17/93] [92-43150] |
| 8/30/93 | Order Signed On: 8/27/93, directing UST To Appoint a Chapter 11 Trustee . (93-42909 Payroll Express Properties, Inc.) (EOD Date: 9/2/93. Doc. No: 225) (gc) [EOD 09/02/93] [92-43150] |
| 9/7/93 | Withdrawal of     Claim of Robert M. Felzenberg, Claim #213 in the amount of $1,000,000.00     (EOD Date: 9/7/93. Doc. No: 226) (jf) [EOD 09/07/93] [92-43150] |
| 9/14/93 | Letter Filed by Alan Parente of Shaw Licitra Parente          Re: Agreement to conduct the 2004 Examination of George P. Gillmore, at 10:00a.m. on 9/23/93 at 300 East 42nd St., 4th Fl. New York, NY     10017. (EOD Date: 9/14/93. Doc. No: 227) (jf) [EOD 09/14/93] [92-43150] |
| 9/15/93 | Statement Of Operations     from 06/01/93 to 06/30/93; (92-44476) (EOD Date: 9/21/93. Doc. No: 230) (dk) [EOD 09/21/93] [92-43150] |

9/15/93        Statement Of Operations     from 07/01/93 to 07/30/93;
               (92-45415) (EOD Date: 9/21/93. Doc. No: 231) (dk)
               [EOD 09/21/93] [92-43150]

9/15/93        Notice of Intent to Sell Real Property Located At 28 Denman
               Place, Hillside, NJ. Ret: 10/14/93 @2:00 (EOD Date:
               9/21/93. Doc. No: 232) (dk) [EOD 09/21/93] [92-43150]

9/21/93        Transcript of Hearing Held on 8/4/93        RE: Adj. N.M re: for
               an order for turnover of property; Hrg Re: use of cash
               collateral and funding of budget for debtors; (93-9094a)
               S/C John S. Pereira Trustee vs. Dime Savings Bank of N.Y.
               Robert M. Felzenberg, Barbara M. Felzenberg - Pretrial
               Conference; Adj. N/M re: for an order for turnover property;
                Adj. N/Cross motion re: for an order authorizing debtor to
               use credit cards (EOD Date: 9/23/93. Doc. No: 233) (vm)
               [EOD 09/23/93] [92-43150]

9/24/93        Notice of Presentment of Proposed Order. Filed By Sarah M.
               Keenan for Trustee John S. Pereira RE: Stipulation and
               order between trustee and United Jersey Bank authorizing
               distribution of sale proceeds of Stephen Blair Apts. to
               United Jersey Bank. Presentment date: 9/29/93 10:00 (EOD
               Date: 9/27/93. Doc. No: 234) (em) [EOD 09/27/93]
               [92-43150]

9/24/93        Notice by Trustee of Intent to Sell Personal Property.
               (Only if objections, hrg. 10/14/93 2:00) (EOD Date:
               9/27/93. Doc. No: 235) (em) [EOD 09/27/93] [92-43150]

9/28/93        Objection By    Debtor Barbara M. Felzenberg, Debtor Robert
               M. Felzenberg To The Distribution of Sale Proceeds of
               Stephen-Blair Apartments., Inc. RE: [234-1] Notice of
               Proposed Order by Sarah M. Keenan . (EOD Date: 9/29/93.
               Doc. No: 236) (em) [EOD 09/29/93] [92-43150]

9/30/93        Schedules A-J, Statement of Financial Affairs, Equity
               Security Holders, 2016(b) Statement, Matrix, Summary of
               Schedules.(93-42909) (EOD Date: 10/4/93. Doc. No: 239) (em)
               [EOD 10/04/93] [92-43150]

10/1/93        Statement Of Operations for Stephen Blair Investment Co.
               Inc. 92-B-43384 from 7/1/93 to 7/31/93 (EOD Date: 10/4/93.
               Doc. No: 237) (gc) [EOD 10/04/93] [92-43150]

10/1/93        Statement Of Operations for Stephen Blair Investment Co.
               Inc. 92-B-43384 from 8/1/93 to 8/31/93 (EOD Date: 10/4/93.
               Doc. No: 238) (gc) [EOD 10/04/93] [92-43150]

10/1/93        Statement Of Operations July 1993     (EOD Date: 10/4/93. Doc.
               No: 240) (em) [EOD 10/04/93] [92-43150]

| | |
|---|---|
| 10/1/93 | Statement Of Operations    August 1993 (EOD Date: 10/4/93. Doc. No: 241) (em) [EOD 10/04/93] [92-43150] |
| 10/1/93 | (Revised) So Ordered Stipulation Signed 9/30/93 between Trustee, United Jersey Bank and Robert M. Felzenberg and Barbara M. Felzenberg Authorizing Distribution of Sale Proceeds of Stephen-Blair Apartments, Inc. to United Jersey Bank, RE: #234. (EOD Date: 10/4/93. Doc. No: 242) (em) [EOD 10/04/93] [92-43150] |
| 10/6/93 | Statement Of Operations    from 7/1/93 to 7/30/93 (92-44476) (EOD Date: 10/8/93. Doc. No: 243) (em) [EOD 10/08/93] [92-43150] |
| 10/12/93 | Objection By Emily Felzenberg To Proposed Sale of Specific Items of Personalty, RE: [235-1] Notice of Sale. (EOD Date: 10/13/93. Doc. No: 244) (em) [EOD 10/13/93] [92-43150] |
| 10/12/93 | Objection By Alicia Felzenberg to Proposed Sale of Specific Items of Personalty, RE: [235-1] Notice of Sale. (EOD Date: 10/13/93. Doc. No: 245) (em) [EOD 10/13/93] [92-43150] |
| 10/12/93 | Affidavit Of Service Of [245-1] Objection, [244-1] Objection (EOD Date: 10/13/93. Doc. No: 246) (em) [EOD 10/13/93] [92-43150] |
| 10/13/93 | Objection By    Debtor Barbara M. Felzenberg, Debtor Robert M. Felzenberg    To Sale of Assets at Public Auction, RE: [235-1] Notice of Sale . (EOD Date: 10/14/93. Doc. No: 247) (em) [EOD 10/14/93] [92-43150] |
| 10/13/93 | Statement in Response By    Trustee John S. Pereira    To [247-1] Objection by Robert M. Felzenberg, Barbara M. Felzenberg, [245-1] Objection by Alicia Felzenberg, [244-1] Objection by Emily Felzenberg. (EOD Date: 10/14/93. Doc. No: 249) (em) [EOD 10/14/93] [92-43150] |
| 10/14/93 | Affidavit Of Service Of [247-1] Objection    by Robert M. Felzenberg, Barbara M. Felzenberg (EOD Date: 10/14/93. Doc. No: 248) (em) [EOD 10/14/93] [92-43150] |
| 10/14/93 | SECOND Amended Schedules. Schedule C, for case #92-43150. (EOD Date: 10/18/93. Doc. No: 250) (la) [EOD 10/18/93] [92-43150] |
| 10/14/93 | Response By Creditor United Jersey Bank    To [247-1] Objection    by Robert M. Felzenberg, Barbara M. Felzenberg, [245-1] Objection by Alicia Felzenberg, AND [244-1] Objection by Emily Felzenberg.    (Objections to #235, Ntc by Trustee of Intent to Sell Personal Property.) (EOD Date: 10/18/93. Doc. No: 251) (la) [EOD 10/18/93] [92-43150] |

| | |
|---|---|
| 10/18/93 | Order Signed On: 10/14/93 Granting Oral Motion by Trustee, Directing Robert and Barbara Felzenberg To Immediately Turnover To The Trustee a 1988 Cadillac DeVille and 1986 Cadillac DeVille . (EOD Date: 10/20/93. Doc. No: 252) (em) [EOD 10/20/93] [92-43150] |
| 10/18/93 | Order   Signed On: 10/14/93 Granting Oral Motion By Trustee, Directing Robert and Barbara Felzenberg to Immediately Turnover to The Trustee a 1978 Jaguar (EOD Date: 10/20/93. Doc. No: 253) (em) [EOD 10/20/93] [92-43150] |
| 10/18/93 | Order   Signed On: 10/14/93, Authorizing Trustee To Sell Property at 28 Denman Place, Hillside, NJ to Selwyn Bristol, RE: [232-1]. (EOD Date: 10/20/93. Doc. No: 254) (em) [EOD 10/20/93] [92-43150] |
| 10/18/93 | Application By      Trustee John S. Pereira For Examination of Howard J. Messer, CPA Under Rule 2004. With Notice of Presentment of Proposed Order. Presentment Date: 10/27/93 9:45 (EOD Date: 10/20/93. Doc. No: 255) (em) [EOD 10/20/93] [92-43150] |
| 10/21/93 | Affidavit Of Service Of [249-1] Response        by John S. Pereira (EOD Date: 10/22/93. Doc. No: 256) (em) [EOD 10/22/93] [92-43150] |
| 10/22/93 | Affidavit by Emily Felzenberg in Support RE: [244-1] Objection (EOD Date: 10/25/93. Doc. No: 257) (em) [EOD 10/25/93] [92-43150] |
| 10/22/93 | Affidavit by Alicia Felzenberg in Support RE: [245-1] Objection (EOD Date: 10/25/93. Doc. No: 258) (em) [EOD 10/25/93] [92-43150] |
| 10/22/93 | Affidavit Of Service Of [258-1] Affidavit, [257-1] Affidavit (EOD Date: 10/25/93. Doc. No: 259) (em) [EOD 10/25/93] [92-43150] |
| 10/25/93 | Motion By Trustee John S. Pereira To Direct The Debtors Robert and Barbara Felzenberg and their daughters Alicia and Emily Felzenberg to vacate and peacefully surrender their residence at 19 Denman Place, Hillside, NJ. (EOD Date: 10/25/93. Doc. No: 260) (em) [EOD 10/25/93] [92-43150] |
| 10/25/93 | OSC Signed On: 10/21/93 RE: [260-1] Motion To Direct The Debtors Robert and Barbara Felzenberg and their daughters Alicia and Emily Felzenberg to vacate and peacefully surrender their residence at 19 Denman Place, Hillside, NJ. by John S. Pereira ; Returnable Due on 2:00 10/27/93 at Courtroom 601 (CB) (EOD Date: 10/25/93. Doc. No: 261) (em) [EOD 10/25/93] [92-43150] |

10/25/93        Affidavit Of Service Of [261-1] Order to Show Cause,
                [260-1] Motion To Direct The Debtors Robert and Barbara
                Felzenberg and their daughters Alicia and Emily Felzenberg
                to vacate and peacefully surrender their residence at 19
                Denman Place, Hillside, NJ. by John S. Pereira (EOD Date:
                10/26/93. Doc. No: 262) (em) [EOD 10/26/93] [92-43150]

10/26/93        Transcript of Hearing Held on 10/14/93          RE: [235-1] Notice
                of Sale (EOD Date: 10/27/93. Doc. No: 263) (em)
                [EOD 10/27/93] [92-43150]

10/26/93        Statement Of Operations     for September, 1993 (92-43150) (EOD
                Date: 10/27/93. Doc. No: 264) (em) [EOD 10/27/93]
                      [Edit date 10/27/93] [92-43150]

10/26/93        Statement Of Operations for September, 1993 (92-43384) (EOD
                Date: 10/27/93. Doc. No: 265) (em) [EOD 10/27/93]
                [92-43150]

10/26/93        (Supplemental) Application By Creditor United Jersey Bank
                To Direct The Felzenbergs to Preserve, Maintain and
                Protect The Premises at 19 Denbman Place, Hillside, NJ
                Pending The Trustee's Sale of The Premises and Response In
                Support of Trustee's Motion, RE: [260-1]. (Returnable: 2:00
                10/27/93 Courtroom 601 (CB)) (EOD Date: 10/28/93. Doc. No:
                266) (em) [EOD 10/28/93] [92-43150]

10/29/93        Order   Signed On: 10/28/93 Granting [255-1] Application For
                Examination of Howard J. Messer, CPA Under Rule 2004. by
                John S. Pereira . (EOD Date: 11/1/93. Doc. No: 267) (em)
                [EOD 11/01/93] [92-43150]

11/3/93         Calendar:    Date of Calendar - 11/3/93 Re: Chambers
                conference to discuss disposition of personal property of
                Rose Felzenberg.    30 min.    Matter resolved-Order to be
                settled. (EOD Date: 11/22/93) (la) [EOD 11/22/93]
                [92-43150]

11/5/93         Statement Of Operations     from June 1, 1992 to June 30, 1992
                (EOD Date: 11/10/93. Doc. No: 268) (as) [EOD 11/10/93]
                [92-43150]

11/5/93         Statement Of Operations     from July 1, 1992 to July 31, 1992
                (EOD Date: 11/10/93. Doc. No: 269) (as) [EOD 11/10/93]
                [92-43150]

11/5/93         Statement Of Operations     from August 1, 1992 to August 31,
                1992 (EOD Date: 11/10/93. Doc. No: 270) (as) [EOD 11/10/93]
                [92-43150]

11/5/93         Statement Of Operations     from September 1, 1992 to
                September 30, 1992 (EOD Date: 11/10/93. Doc. No: 271) (as)
                [EOD 11/10/93] [92-43150]

| | |
|---|---|
| 11/5/93 | Statement Of Operations    from October 1, 1992 to October 31, 1992 (EOD Date: 11/10/93. Doc. No: 272) (as) [EOD 11/10/93] [92-43150] |
| 11/5/93 | Statement Of Operations    from November 1, 1992 to November 30, 1992 (EOD Date: 11/10/93. Doc. No: 273) (as) [EOD 11/10/93] [92-43150] |
| 11/5/93 | Statement Of Operations    from December 1, 1992 to December 31, 1992 (EOD Date: 11/10/93. Doc. No: 274) (as) [EOD 11/10/93] [92-43150] |
| 11/5/93 | Statement Of Operations    from January 1, 1993 to January 31, 1993 (EOD Date: 11/10/93. Doc. No: 275) (as) [EOD 11/10/93] [92-43150] |
| 11/5/93 | Statement Of Operations    from February 1, 1993 to February 28, 1993 (EOD Date: 11/10/93. Doc. No: 276) (as) [EOD 11/10/93] [92-43150] |
| 11/5/93 | Statement Of Operations    from March 1, 1993 to March 31, 1993 (EOD Date: 11/10/93. Doc. No: 277) (as) [EOD 11/10/93] [92-43150] |
| 11/5/93 | Statement Of Operations    from April 1, 1993 to April 30, 1993 (EOD Date: 11/10/93. Doc. No: 278) (as) [EOD 11/10/93] [92-43150] |
| 11/5/93 | Statement Of Operations    from May 1, 1993 to May 31, 1993 (EOD Date: 11/10/93. Doc. No: 279) (as) [EOD 11/10/93] [92-43150] |
| 11/5/93 | Statement Of Operations    from June 1, 1993 to June 30, 1993 (EOD Date: 11/10/93. Doc. No: 280) (as) [EOD 11/10/93] [92-43150] |
| 11/5/93 | Statement Of Operations    from July 1, 1993 to July 31, 1993 (EOD Date: 11/10/93. Doc. No: 281) (as) [EOD 11/10/93] [92-43150] |
| 11/5/93 | Statement Of Operations    from August 1, 1993 to August 31, 1993 (EOD Date: 11/10/93. Doc. No: 282) (as) [EOD 11/10/93] [92-43150] |
| 11/5/93 | Letter dated 11/3/93 Filed by Allan M. Harris for Debtor Barbara M. Felzenberg, Debtor Robert M. Felzenberg    Re: Confirming that the 341a Hearing Scheduled For 1/3/93 10:00 a.m., has been adjuorned at the request of the debtors to 11/10/93 @ 11:30 a.m. (EOD Date: 11/16/93. Doc. No: 284) (vm) [EOD 11/16/93] [92-43150] |

11/10/93      Notice of Presentment of Proposed Order. Filed By Sarah M. Keenan for Trustee John S. Pereira RE:Directing the Trustee to liquidate the bearer bonds which are located in the vault at Payroll Express Corporation's premises unless Rose Felzenberg tender a certain sum to the Trustee (the "Bid Amount") in cash or certified funds on or before Monday, November 15, 1993 Presentment date: 11/17/93 @12:00 a.m. Objections Deadline:11/16/93 @5:00 p.m.(EOD Date: 11/12/93. Doc. No: 283) (cn) [EOD 11/12/93] [92-43150]

11/15/93      Certification In Opposition by Debtor Robert M. Felzenberg Re: [261-1] Show Cause (Motion) Order ret: 11/23/93 @ 2:00 (EOD Date: 11/17/93. Doc. No: 285) (vm) [EOD 11/17/93] [92-43150]

11/15/93      Certification In Opposition by Debtor Barbara M. Felzenberg Re: [261-1] Show Cause (Motion) Order ret: 11/23/93 @ 2:00 p.m. (EOD Date: 11/17/93. Doc. No: 286) (vm) [EOD 11/17/93] [92-43150]

11/15/93      Affidavit Of Service on 10/22/93 Of Subpoena upon B. Felzenberg (EOD Date: 11/18/93. Doc. No: 287) (vm) [EOD 11/18/93] [92-43150]

11/15/93      Affidavit Of Service on 10/22/93 Of Subpoena upon R. Felzenberg (EOD Date: 11/18/93. Doc. No: 288) (vm) [EOD 11/18/93] [92-43150]

11/17/93      Statement Of Operations    from 7/1/93 to 7/30/93 (EOD Date: 11/18/93. Doc. No: 289) (vm) [EOD 11/18/93] [92-43150]

11/17/93      Statement Of Operations    from 8/1/93 to 8/31/93 (92B44476) (EOD Date: 11/18/93. Doc. No: 290) (vm) [EOD 11/18/93] [92-43150]

11/17/93      Statement Of Operations    from 9/1/93 to 9/30/93 (EOD Date: 11/18/93. Doc. No: 291) (vm) [EOD 11/18/93] [92-43150]

11/17/93      Statement Of Operations    from 8/1/93 to 8/31/93 (EOD Date: 11/18/93. Doc. No: 292) (vm) [EOD 11/18/93] [92-43150]

11/17/93      Statement Of Operations    from 9/1/93 to 9/30/93 (EOD Date: 11/18/93. Doc. No: 293) (vm) [EOD 11/18/93] [92-43150]

11/18/93      Transcript of Hearing Held on 11/3/93    RE: Chambers conference to discuss disposition of personal property of Rose Felzenberg (EOD Date: 11/19/93. Doc. No: 294) (vm) [EOD 11/19/93] [92-43150]

| | |
|---|---|
| 11/19/93 | Response By  Debtor Barbara M. Felzenberg, Debtor Robert M. Felzenberg   To [266-1] Application To Direct The Felzenbergs to Preserve, Maintain and Protect The Premises at 19 Denbman Place, Hillside, NJ Pending The Trustee's Sale of The Premises by United Jersey Bank, ret: 11/23/93 @ 2:00 p.m. (EOD Date: 11/22/93. Doc. No: 295) (vm) [EOD 11/22/93] [92-43150] |
| 11/22/93 | Objection By Allan M. Harris, Atty for           Debtor Barbara M. Felzenberg, Debtor Robert M. Felzenberg To Proceed With The [261-1] Show Cause (Motion) Order . (EOD Date: 11/23/93. Doc. No: 296) (vm) [EOD 11/23/93] [92-43150] |
| 11/22/93 | Notice of Hearing by Trustee RE: Intended Sale of Real and Personal Property (EOD Date: 11/23/93. Doc. No: 297) (vm) [EOD 11/23/93] [92-43150] |
| 11/23/93 | Hearing Re: [297-1] Notice of Hearing Scheduled For 2:00 12/7/93 at Courtroom 601 (CB)      (EOD Date: 11/23/93) (vm) [EOD 11/23/93] [92-43150] |
| 11/26/93 | Order   Signed On: 11/22/93 Granting [283-1] Proposed Order Notice of     by Sarah M. Keenan . (EOD Date: 11/26/93. Doc. No: 298) (vm) [EOD 11/26/93] [92-43150] |
| 11/26/93 | Notice of Presentment of Proposed Order. Filed By Sarah M. Keenan for Trustee John S. Pereira RE: for an order directing the debtors Robert and Barbara Felzenberg to vacate and peacefully surrender premises at 19 Denman Place Presentment date: 11/29/93 @ 12:00 (EOD Date: 12/1/93. Doc. No: 300) (vm) [EOD 12/01/93] [92-43150] |
| 11/29/93 | Contract of Sale between John S. Pereira and Alexander Karten dated 11/19/93 for Denman Place, Hillside, N.J. (EOD Date: 12/1/93. Doc. No: 301) (vm) [EOD 12/01/93] [92-43150] |
| 12/1/93 | So Ordered Stipulation Signed 11/29/93, by and btwn Trustee and Attys for Trustee, further extending the Trustee's time to assume or reject an expired nonresidential real property lease of 120 days from November 27, 1993 (EOD Date: 12/1/93. Doc. No: 299) (vm) [EOD 12/01/93] [92-43150] |
| 12/1/93 | Order   Signed On: 11/30/93 Granting [260-1] Motion To Direct The Debtors Robert and Barbara Felzenberg and their daughters Alicia and Emily Felzenberg to vacate and peacefully surrender their residence at 19 Denman Place, Hillside, NJ. by John S. Pereira . (EOD Date: 12/1/93. Doc. No: 302) (vm) [EOD 12/01/93] [92-43150] |
| 12/1/93 | Notice Of Appeal By Emily Felzenberg and Alicia Felzenberg Appellant Designation Due: 12/13/93; and copies sent to interested parties RE: [302-1] Order           (EOD Date: 12/1/93. Doc. No: 303) (vm) [EOD 12/01/93] [Edit date 12/02/93] |

Proceedings include events between 1/1/92 and 12/17/98.          ECFS   CONSOL
92-43150       In re: Payroll Express Corporation and Robert M. Felzenberg EAD
                          [92-43150]

| | |
|---|---|
| 12/1/93 | Filing Fee Paid in Full RE: [303-1] Notice of Appeal          by Robert M. Felzenberg, Barbara M. Felzenberg ( Filing Fee $ 105.00 Receipt # 10770) (EOD Date: 12/1/93) (vm) [EOD 12/01/93] [92-43150] |
| 12/1/93 | Notice Of Appeal By Barbara M. Felzenberg, Robert M. Felzenberg Appellant Designation Due: 12/13/93; copies sent to interested parties RE: [302-1] Order          (EOD Date: 12/1/93. Doc. No: 304) (vm) [EOD 12/01/93] [92-43150] |
| 12/1/93 | Filing Fee Paid in Full RE: [304-1] Notice of Appeal          by Robert M. Felzenberg, Barbara M. Felzenberg ( Filing Fee $ 105.00 Receipt # 10780) (EOD Date: 12/1/93) (vm) [EOD 12/01/93] [92-43150] |
| 12/7/93 | Application By Sarah M. Keenan for Trustee John S. Pereira For Examination of Barbara M. Felzenberg Under Rule 2004. w/Notice of Presentment on 12/13/93 @ 10:00 (EOD Date: 12/8/93. Doc. No: 305) (vm) [EOD 12/08/93] [92-43150] |
| 12/9/93 | Order authorizing Sale of Real and Personal Property Signed On: 12/7/93 @ 19 Denman Place. (EOD Date: 12/9/93. Doc. No: 306) (vm) [EOD 12/09/93] [92-43150] |
| 12/9/93 | Transcript of Hearing Held on 11/23/93          RE: Osc scheduling hearing to consider Trustee's application for Order directing the debtors Robert and Barbara Felzenberg to vacate and peacefully surrender 19 Denman Place, Hillside, N.J.(EOD Date: 12/10/93. Doc. No: 307) (vm) [EOD 12/10/93] [92-43150] |
| 12/17/93 | Statement Of Operations    from 10/1/93 to 10/31/93 (EOD Date: 12/21/93. Doc. No: 311) (vm) [EOD 12/21/93] [92-43150] |
| 12/20/93 | Order   Signed On: 12/20/93 Granting [305-1] Application For Examination of Barbara M. Felzenberg Under Rule 2004.          by Sarah M. Keenan, (see doc for further details) . (EOD Date: 12/20/93. Doc. No: 308) (vm) [EOD 12/20/93] [92-43150] |
| 12/20/93 | Statement Of Operations    from 10/1/93 to 10/31/93 (EOD Date: 12/21/93. Doc. No: 310) (vm) [EOD 12/21/93] [92-43150] |
| 12/21/93 | Application By    Trustee John S. Pereira For Examination of Alicia and Emily Felzenberg Under Rule 2004. w/Notice of Presentment on 12/23/93 @ 10:00 (EOD Date: 12/21/93. Doc. No: 309) (vm) [EOD 12/21/93] [92-43150] |
| 12/21/93 | Application By Trustee John S. Pereira To Employ Yankowitz Goldsmith & Sayers as special counsel Nunc Pro Tunc . (EOD Date: 12/23/93. Doc. No: 312) (vm) [EOD 12/23/93] |

[92-43150]

12/23/93          Order   Signed On: 12/21/93 Granting [312-1] Application To
                  Employ Yankowitz Goldsmith & Sayers as special counsel Nunc
                  Pro Tunc to the date of the filing of the Bakruptcy
                  Petition by John S. Pereira . (EOD Date: 12/23/93. Doc. No:
                  313) (vm) [EOD 12/23/93] [92-43150]

12/23/93          Letter Filed by Josefina Alonso-Pujol          Re: requesting to be
                  listed as a creditor (EOD Date: 12/28/93. Doc. No: 315) (vm)
                  [EOD 12/28/93] [92-43150]

12/23/93          Motion By Interested Party Rose Felzenberg Withdrawing Bid
                  For Three Automobiles (Returnable: 9:45 1/25/94 Courtroom
                  601 (CB) ) (EOD Date: 12/28/93. Doc. No: 316) (vm)
                  [EOD 12/28/93] [92-43150]

12/28/93          Letter dated 12/15/93 and Filed by Allan M. Harris for
                  Debtor Barbara M. Felzenberg, Debtor Robert M. Felzenberg
                  to Pete Sharp Re: advising you the Appeal was heard on an
                  emergency basis and decided on 12/2/93 by District Judge
                  Robert Sweet, it would appear unless advised to the
                  contrary, that the further requirements of complying with
                  Bankruptcy Rule 8006 and Federal Appellate Rule 11A are
                  unnecessary since the appeal has been concluded. [304-1] of
                  Appeal by Robert M. Felzenberg, Barbara M. Felzenberg (EOD
                  Date: 12/28/93. Doc. No: 314) (vm) [EOD 12/28/93]
                  [92-43150]

12/28/93          Filing Fee Paid in Full RE: [316-1] Motion Withdrawing Bid
                  For Three Automobiles (Returnable: 9:45 1/25/94 Courtroom
                  601 (CB) ) by Rose Felzenberg ( Filing Fee $ 60.00 Receipt
                  # 11945) (EOD Date: 12/28/93) (vm) [EOD 12/28/93]
                  [92-43150]

12/28/93          Order   Signed On: 12/28/93 Granting [309-1] Application For
                  Examination of Alicia and Emily Felzenberg Under Rule 2004.
                  by John S. Pereira and that the examinees are directed to
                  appear for examination and produce documentary evidence at
                  the offices       of Shaw, Licitra, Parente, Esernio & Schwartz,
                  P.C. at the date and time specified in the Subpoenas Ad
                  Testificandum and Deces Tecum. (see doc for further
                  details) (EOD Date: 12/28/93. Doc. No: 317) (vm)
                  [EOD 12/28/93] [92-43150]

12/28/93          Transcript of Hearing Held on 12/7/93          RE: Notice of
                  intended sale of real and personal property of Robert and
                  Barbara Felzenberg (EOD Date: 12/29/93. Doc. No: 318) (vm)
                  [EOD 12/29/93] [92-43150]

12/29/93          Complaint (93-1086) John S. Pereira          vs. United Jersey
                  Bank, N.A. . NOS 454 Recover Money/Property . ( Charge to
                  the Estate) (EOD Date: 12/30/93. Doc. No: 1) (vm)
                  [EOD 12/30/93] [93-1086]

1/4/94            Complaint (94-8007) John S. Pereira, Chapter 11 Trustee
                  vs. National Westminster Bank, NJ . NOS 454 Recover
                  Money/Property . ( Fee Deferred) (EOD Date: 1/4/94. Doc.
                  No: 1) (ms) [EOD 01/04/94] [94-8007]

1/10/94           Application By      Trustee John S. Pereira To Extend Time To
                  Retain Special Insurance Counsel Nunc pro Tunc (EOD Date:
                  1/11/94. Doc. No: 319) (vm) [EOD 01/11/94] [92-43150]

1/10/94           Notice of Presentment of Proposed Order. Filed By         RE:
                  [319-1] Application To Extend Time To Retain Special
                  Insurance Counsel Nunc pro Tunc by John S. Pereira
                  Presentment date: 1/14/94 (EOD Date: 1/11/94. Doc. No: 320)
                        (vm) [EOD 01/11/94] [92-43150]

1/10/94           Affidavit Of Service Of [320-1] Proposed Order Notice of,
                  [319-1] Application To Extend Time To Retain Special
                  Insurance Counsel Nunc pro Tunc by John S. Pereira (EOD
                  Date: 1/11/94. Doc. No: 321) (vm) [EOD 01/11/94]
                  [92-43150]

1/10/94           Motion By Interested Party Rose Felzenberg        for an order
                  To Compel Trustee to deliver Jewelry and Furniture
                  purchased by Rose Felzenberg (Returnable: 9:45 1/25/94
                  Courtroom 601 (CB) ) (EOD Date: 1/13/94. Doc. No: 322) (vm)
                  [EOD 01/13/94] [92-43150]

1/12/94           Statement Of Operations     from 11/1/93 to 11/30/93 (EOD
                  Date: 1/14/94. Doc. No: 323) (vm) [EOD 01/14/94]
                  [92-43150]

1/12/94           Statement Of Operations from 11/1/93 to 11/30/93 [FOR CASE
                  NO. 92-44476] (EOD Date: 8/31/95. Doc. No: 541) (dl)
                  [EOD 08/31/95] [92-43150]

1/13/94           Filing Fee Paid in Full RE: [322-1] Motion         for an order To
                  Compel Trustee to deliver Jewelry and Furniture purchased
                  by Rose Felzenberg (Returnable: 9:45 1/25/94 Courtroom 601
                  (CB) ) by Rose Felzenberg ( Filing Fee $ 60.00 Receipt #
                  12586) (EOD Date: 1/13/94) (vm) [EOD 01/13/94]
                  [92-43150]

1/18/94           Statement Of Operations     from 10/1/93 to 10/31/93 (EOD
                  Date: 1/18/94. Doc. No: 324) (vm) [EOD 01/18/94]
                  [92-43150]

1/18/94           Statement Of Operations     from 11/1/93 to 11/30/93 (EOD
                  Date: 1/19/94. Doc. No: 325) (vm) [EOD 01/19/94]
                  [92-43150]

1/18/94           Statement Of Operations     from 10/1/93 to 10/31/93 (EOD
                  Date: 1/19/94. Doc. No: 326) (vm) [EOD 01/19/94]
                  [92-43150]

| | |
|---|---|
| 1/18/94 | Statement Of Operations     from 11/1/93 to 11/30/93 (92B43384) (EOD Date: 1/19/94. Doc. No: 327) (vm) [EOD 01/19/94] [92-43150] |
| 1/18/94 | Application By     Trustee John S. Pereira To Approve Stipulation Settling the action with Crincoli with Notice of Proposed Order, ret: 1/31/94 @ 10:00 a.m. (EOD Date: 1/21/94. Doc. No: 329) (vm) [EOD 01/21/94] [92-43150] |
| 1/18/94 | Affidavit Of Service Of [329-1] Application To Approve Stipulation Settling the action with Crincoli with Notice of Proposed Order, ret: 1/31/94 @ 10:00 a.m. by John S. Pereira (EOD Date: 2/2/94. Doc. No: 339) (gp) [EOD 02/02/94] [92-43150] |
| 1/20/94 | Order Expanding Retention of Anderson Kill Olick & Oshinsky, P.C. as Special Insurance Counsel To The Trustee, Signed On: 1/14/94 . (EOD Date: 1/20/94. Doc. No: 328) (vm) [EOD 01/20/94] [92-43150] |
| 1/20/94 | Objection By     Trustee John S. Pereira         To [316-1] Motion Withdrawing Bid For Three Automobiles (Returnable: 9:45 1/25/94 Courtroom 601 (CB) ) by Rose Felzenberg . (EOD Date: 1/21/94. Doc. No: 330) (vm) [EOD 01/21/94] [92-43150] |
| 1/20/94 | Response By  Trustee John S. Pereira         To [322-1] Motion for an order To Compel Trustee to deliver Jewelry and Furniture purchased by Rose Felzenberg (Returnable: 9:45 1/25/94 Courtroom 601 (CB) ) by Rose Felzenberg . (EOD Date: 1/21/94. Doc. No: 331) (vm) [EOD 01/21/94] [92-43150] |
| 1/24/94 | Notice of Presentment of Proposed Order. Filed By          RE: Stipulation and Order btwn Trustee and Midlantic National Bank authorizing     distribution of proceeds from sale of 28 Denman Place, Presentment date: 2/1/94 @ 10:00 a.m. (EOD Date: 1/24/94. Doc. No: 332) (vm) [EOD 01/24/94] [92-43150] |
| 1/24/94 | Statement Of Operations     from 12/1/93 to 12/31/93 (EOD Date: 2/2/94. Doc. No: 338) (vm) [EOD 02/02/94] [92-43150] |
| 1/24/94 | Application By Auctioneer G.E.M. Auction Corp., For Compensation (Fees: $1208.75) [ORIGINAL ENTERED ON 2/2/94 IN CASE NO. 92-45415 DOC. #74.] (EOD Date: 5/8/95) (dl) [EOD 05/08/95] [92-43150] |

1/26/94          Notice of Presentment of Proposed Order. Filed By Sarah M.
                 Keenan for Trustee John S. Pereira RE:        Order directing
                 richard B. Goldsmith to accept service of procees on behalf
                 of Emily Felzenberg and Alicia Felzenberg of Subpoenas
                 Duces Tecum Presentment date: 2/1/94 @ 12:00 (EOD Date:
                 2/4/94. Doc. No: 344) (vm) [EOD 02/04/94] [92-43150]

1/26/94          Order Directing Richard B. Goldsmith, Esq. to accept
                 service of process on behalf of Emily Felzenberg and Alicia
                 Felzenberg of subpoena duces tecum Signed On: 2/3/94 . (EOD
                 Date: 2/7/94. Doc. No: 347) (vm) [EOD 02/07/94]
                 [92-43150]

1/27/94          Statement Of Operations     from 11/1/93 to 11/30/93 (EOD
                 Date: 1/31/94. Doc. No: 333) (vm) [EOD 01/31/94]
                 [92-43150]

1/27/94          Statement Of Operations     from 10/1/93 to 10/31/93 (EOD
                 Date: 1/31/94. Doc. No: 334) (vm) [EOD 01/31/94]
                 [92-43150]

1/27/94          Statement Of Operations     from 11/1/93 to 11/30/93 (EOD
                 Date: 1/31/94. Doc. No: 335) (vm) [EOD 01/31/94]
                 [92-43150]

1/28/94          Notice of Presentment of Proposed Order. Filed By Attys for
                 John Pereira, Trustee RE: for an order denying motion of
                 Rose Felzenberg for an order withdrawing bid for
                 automobiles, Presentment date: 2/3/94 (EOD Date: 2/1/94.
                 Doc. No: 336) (vm) [EOD 02/01/94] [92-43150]

1/28/94          Notice of Presentment of Proposed Order. Filed By Sarah M.
                 Keenan for Trustee John S. Pereira RE: for an order denying
                 motion of Rose Felzenberg for an order compelling Trustee
                 to deliver Jewelry and Furniture Purchased by Rose
                 Felzenberg Presentment date: 2/3/94 (EOD Date: 2/1/94. Doc.
                 No: 337) (vm) [EOD 02/01/94] [92-43150]

1/28/94          Order   Signed On: 2/3/94 Denying [316-1] Motion Withdrawing
                 Bid For Three Automobiles (Returnable: 9:45 1/25/94
                 Courtroom 601 (CB) ) by Rose Felzenberg . (EOD Date:
                 2/7/94. Doc. No: 346) (vm) [EOD 02/07/94] [92-43150]

1/31/94          Affidavit Of Service Of [337-1] Proposed Order Notice of
                 by Sarah M. Keenan (EOD Date: 2/2/94. Doc. No: 340) (gp)
                 [EOD 02/02/94] [92-43150]

1/31/94          Affidavit Of Service Of [336-1] Proposed Order Notice of
                 (EOD Date: 2/2/94. Doc. No: 341) (gp) [EOD 02/02/94]
                 [92-43150]

2/2/94           Order   Signed On: 01/31/94 Granting [329-1] Application To
                 Approve Stipulation Settling the action with Crincoli. by
                 John S. Pereira . (EOD Date: 2/2/94. Doc. No: 342) (gp)

                    [EOD 02/02/94] [92-43150]

2/3/94              Statement Of Operations     from 12/1/93 to 12/31/93 (EOD
                    Date: 2/4/94. Doc. No: 343) (vm) [EOD 02/04/94]
                    [92-43150]

2/4/94              So Ordered Stipulation      Signed 2/3/94, by and btwn Chapter
                    11 Trustee and Midlantic National Bank authorizing
                    distribution of proceeds from sale of 28 Denman Place, (EOD
                    Date: 2/4/94. Doc. No: 345) (vm) [EOD 02/04/94]
                    [92-43150]

2/10/94             Statement Of Operations     from 9/1/93 to 9/30/93 (EOD Date:
                    2/10/94. Doc. No: 348) (vm) [EOD 02/10/94] [92-43150]

2/14/94             Statement Of Operations     from 12/1/93 to 12/30/93 (EOD
                    Date: 2/15/94. Doc. No: 349) (vm) [EOD 02/15/94]
                    [92-43150]

2/14/94             Statement Of Operations     from 12/1/93 to 12/31/93 (EOD
                    Date: 2/16/94. Doc. No: 350) (vm) [EOD 02/16/94]
                    [92-43150]

2/16/94             Transcript of Hearing Held on 1/25/94       RE: 93-8613, for an
                    order recusing Judge Blackshear as trial Judge, et al. (see
                    document for further details) (EOD Date: 2/16/94. Doc. No:
                    351) (vm) [EOD 02/16/94] [92-43150]

2/25/94             Statement Of Operations     from 1/1/94 to 1/31/94 (EOD Date:
                    2/28/94. Doc. No: 352) (vm) [EOD 02/28/94] [92-43150]

2/25/94             Application By      Trustee John S. Pereira To Dismiss Case of
                    Payroll Express Properties, Inc. (93B42909) with Notice of
                    Presentment of Order, ret: 3/23/94 @ 9:45 a.m. (EOD Date:
                    2/28/94. Doc. No: 353) (vm) [EOD 02/28/94] [92-43150]

2/25/94             Statement Of Operations     from 1/1/94 to 1/31/94 (EOD Date:
                    3/1/94. Doc. No: 354) (vm) [EOD 03/01/94] [92-43150]

2/28/94             Motion By Attorney Richard B. Goldsmith, Esq.      for an
                    order determining that Yankowitz Goldsmith & Sayers is not
                    counsel for Emily Felzenberg and Alicia Felzenberg in
                    connection with Rule 2004 Examination (Returnable: 10:00
                    3/22/94 Courtroom 601 (CB) ) (EOD Date: 3/3/94. Doc. No:
                    355) (vm) [EOD 03/03/94] [92-43150]

3/4/94              Application By      Trustee John S. Pereira      This document is
                    placed under (SEAL) (EOD Date: 3/4/94. Doc. No: 356) (vm)
                    [EOD 03/04/94] [92-43150]

3/4/94              Order   Signed On: 3/2/94 Granting (UNDER SEAL)     [356-1]
                    Application (This document is placed under SEAL) by John S.
                    Pereira . (EOD Date: 3/4/94. Doc. No: 357) (vm)
                    [EOD 03/04/94] [92-43150]

| | |
|---|---|
| 3/9/94 | Notice of Presentment of Proposed Order. Filed By          RE: Stipulation and order between Washington Savings Bank and United Jersey Bank Chapter 11 Trustee, authorizing distribution of proceeds from sale of 19 Denman Place Presentment date: 3/15/94 @ 10:00 (EOD Date: 3/14/94. Doc. No: 358) (vm) [EOD 03/14/94] [92-43150] |
| 3/11/94 | Statement Of Operations from 12/1/93 to 12/31/93. [ORIGINAL ENTERED ON 3/16/94 IN CASE NO. 92-45415 DOC. #75.] (EOD Date: 5/8/95) (dl) [EOD 05/08/95] [92-43150] |
| 3/28/94 | Order   Signed On: 3/23/94 Granting (355-1) Motion        for an order determining that Yankowitz Goldsmith & Sayers is not counsel for Emily Felzenberg and Alicia Felzenberg in connection with Rule 2004 Examination by Richard B. Goldsmith, Esq. . (EOD Date: 3/28/94. Doc. No: 359) (vm) [EOD 03/28/94] [92-43150] |
| 3/28/94 | Application By      Trustee John S. Pereira To Dismiss Related Case Regarding Case #93B42909 (Payroll Express Properties, Inc. Only (EOD Date: 3/28/94. Doc. No: 360) (vm) [EOD 03/28/94] [92-43150] |
| 3/28/94 | Order   Signed On: 3/24/94 Granting (360-1) Application To Dismiss egarding Case #93B42909 (Payroll Express Properties, Inc., only by John S. Pereira . (EOD        Date: 3/28/94. Doc. No: 361) (vm) [EOD 03/28/94] [92-43150] |
| 4/4/94 | So Ordered Stipulation Signed 4/12/94 by and btwn Attys for Trustee and Attys for Robert and Barbara Felzenberg Re: extending the Trustee's Time To Assume Or Reject An Unexpired Nonresidential Real Properties Lease nunc pro tunc 3/29/94 to 6/30/94 (EOD Date: 4/14/94. Doc. No: 367) (vm) [EOD 04/14/94] [92-43150] |
| 4/6/94 | Statement Of Operations     from 1/1/94 to 1/31/94 (EOD Date: 4/8/94. Doc. No: 363) (vm) [EOD 04/08/94] [92-43150] |
| 4/6/94 | Application By Special Counsel Yankowitz Goldsmith & Sayers, P.A. For Compensation ( Fees: $ 12,378.00) and to turnover the balance in our trust account of $6,622.00 to the truste    . (EOD Date: 4/11/94. Doc. No: 364) (vm) [EOD 04/11/94] [92-43150] |
| 4/6/94 | Statement Of Operations     from 1/1/94 to 1/31/94 (EOD Date: 4/11/94. Doc. No: 365) (vm) [EOD 04/11/94] [92-43150] |

| | |
|---|---|
| 4/7/94 | Motion By Sarah M. Keenan for Trustee John S. Pereira          for an order adjudicating Emily Felzenberg and Alicia Felzenberg to be in contempt of court based on their noncompliance with this Court's Order dated 12/28/93 authorizing the examinations of Emily Felzenberg and Alicia Felzenberg pursuant to Rule 2004 and 9016 (Returnable: 9:45 4/20/94 Courtroom 601 (CB) ) (EOD Date: 4/7/94. Doc. No: 362) (vm) [EOD 04/07/94] [92-43150] |
| 4/11/94 | Notice of Presentment of Proposed Order. Filed By Sarah M. Keenan for Trustee John S. Pereira RE: authorizing John s. Pereira to abandon the debtor's interest as officers of Payroll Express Properties, INc. (92B45415), (see doc for further details) Presentment date: 4/20/94 @ 9:45 (EOD Date: 4/13/94. Doc. No: 366) (vm) [EOD 04/13/94] [92-43150] |
| 4/14/94 | Transcript of Hearing Held on 3/22/94          RE: (93-1222A) Pretrial Conference; (93-8613A) Adj. S/C; (93-9328A) S/C Pretrial Conference; (93-9339A) S/C Pretrial Conference (EOD Date: 4/15/94. Doc. No: 368) (vm) [EOD 04/15/94] [92-43150] |
| 4/14/94 | Statement Of Operations      from 2/1/94 to 2/28/94 (EOD Date: 4/20/94. Doc. No: 372) (vm) [EOD 04/20/94] [92-43150] |
| 4/14/94 | Statement Of Operations      from 2/1/94 to 2/28/94 (EOD Date: 4/25/94. Doc. No: 379) (vm) [EOD 04/25/94] [92-43150] |
| 4/20/94 | Application By      Trustee John S. Pereira for an order directing Bell Atlantic-New Jersey, Inc. For Production of Certain Documents (EOD Date: 4/20/94. Doc. No: 369) (vm) [EOD 04/20/94] [92-43150] |
| 4/20/94 | Order    Signed On: 4/18/94 Granting [369-1] Application for an order directing Bell Atlantic-New Jersey, Inc. For Production of Certain Documents by John S. Pereira, and that the Order and Application is marked under "SEAL" . (EOD Date: 4/20/94. Doc. No: 370) (vm) [EOD 04/20/94] [92-43150] |
| 4/20/94 | So Ordered Stipulation      Signed 4/18/94 by and btwn Washington Savings Bank and United Jersey Bank Chapter 11 Trustee Re: authorizing Distribution of Proceeds From Sale Of 19 Denman Place, Hillside, New Jersey (EOD Date: 4/20/94. Doc. No: 371) (vm) [EOD 04/20/94] [92-43150] |

4/21/94      Affidavit Of Service on 4/13/94 Of [362-1] Motion          for an
             order adjudicating Emily Felzenberg and Alicia Felzenberg
             to be in contempt of court based on their noncompliance
             with this Court's Order dated 12/28/93 authorizing the
             examinations of Emily Felzenberg and Alicia Felzenberg
             pursuant to Rule 2004 and 9016 (Returnable: 9:45 4/20/94
             Courtroom 601 (CB) ) by Sarah M. Keenan (EOD Date: 4/22/94.
             Doc. No: 375) (vm) [EOD 04/22/94] [92-43150]

4/21/94      Statement Of Operations    from 2/1/94 to 2/28/94 (EOD Date:
             4/22/94. Doc. No: 376) (vm) [EOD 04/22/94] [92-43150]

4/21/94      Statement Of Operations     from 2/1/94 to 2/28/94 (92B45415)
             (Doc #376 applies to case #92B44476)(EOD Date: 4/22/94.
             Doc. No: 377) (vm) [EOD 04/22/94] [92-43150]

4/22/94      Application By      Trustee John S. Pereira To Abandon certain
             real property in New Jersey (EOD Date: 4/22/94. Doc. No:
             373) (vm) [EOD 04/22/94] [92-43150]

4/22/94      Order   Signed On: 4/21/94 Granting [373-1] Application To
             Abandon certain real property in New Jersey by John S.
             Pereira . (EOD Date: 4/22/94. Doc. No: 374) (vm)
             [EOD 04/22/94] [92-43150]

4/22/94      Order   Signed On: 4/21/94 Granting [362-1] Motion          for an
             order adjudicating Emily Felzenberg and Alicia Felzenberg
             to be in contempt of court based on their noncompliance
             with this Court's Order dated 12/28/93 authorizing the
             examinations of Emily Felzenberg and Alicia Felzenberg
             pursuant to Rule 2004 and 9016 (Returnable: 9:45 4/20/94
             Courtroom 601 (CB) ) by Sarah M. Keenan . (EOD Date:
             4/22/94. Doc. No: 378) (vm) [EOD 04/22/94] [92-43150]

4/22/94      Complaint (94-8297) John S. Perira        vs. United Jersey Bank,
             N.A. . NOS 454 Recover Money/Property, NOS 435
             Validity/Priority/Extent Lien . ( Filing Fee $ 120.00
             Receipt # 17299) (EOD Date: 4/26/94. Doc. No: 1) (vm)
             [EOD 04/26/94] [94-8297]

4/29/94      Statement by Trustee John S. Pereira In Response to Motion
             Of Yankowitz, Goldsmith & Sayersm P.A. Re: [364-1] (EOD
             Date: 4/29/94. Doc. No: 380) (vm) [EOD 04/29/94]
             [92-43150]

5/2/94       Affidavit Of Service on 4/26/94 Of [378-1] Order (EOD Date:
             5/3/94. Doc. No: 381) (vm) [EOD 05/03/94] [92-43150]

5/4/94       Transcript of Hearing Held on 4/18/94        RE: Objection to
             proosed order approving stipulation between Washington
             Savings Bank and United Jersey Bank (EOD Date: 5/5/94. Doc.
             No: 382) (vm) [EOD 05/05/94] [92-43150]

| | |
|---|---|
| 5/5/94 | Transcript of Hearing Held on 4/20/94    RE: N/M for an order to hold Emily and Alicia in contempt (EOD Date: 5/5/94. Doc. No: 383) (vm) [EOD 05/05/94] [92-43150] |
| 5/6/94 | Statement by Trustee John S. Pereira    Re: To the motion of Yankowitz, Goldsmith & Sayers, P.A. for the allowance of Attorney's Fees form settlement proceeds and for turnover of balance to Trustee (EOD Date: 5/10/94. Doc. No: 384) (vm) [EOD 05/10/94] [92-43150] |
| 5/9/94 | Amended Affidavit [384-1] Statement . Filed by: J. Hill with the firm of Shaw Licitra Parente Esernio & Schwartz (EOD Date: 5/10/94. Doc. No: 385) (vm) [EOD 05/10/94] [92-43150] |
| 5/9/94 | Statement Of Operations    from 3/1/94 to 3/31/94 (EOD Date: 5/19/94. Doc. No: 389) (vm) [EOD 05/19/94] [92-43150] |
| 5/9/94 | Statement Of Operations    from 3/1/94 to 3/31/94 (EOD Date: 6/21/94. Doc. No: 408) (vm) [EOD 06/21/94] [92-43150] |
| 5/13/94 | Order Supplementing and Modifying Order (re. Doc #378), Adjudging Emily Felzenberg and Alicia Felzenberg In Contempt , Signed On: 5/13/94 . (EOD Date: 5/13/94. Doc. No: 386) (vm) [EOD 05/13/94] [92-43150] |
| 5/16/94 | Order   Signed On: 5/12/94 Granting [364-1] Application For Compensation ( Fees: $ 12,378.00) and to turnover the balance in our trust account of $6,622.00 to the truste       by Yankowitz Goldsmith & Sayers, P.A. payment to     Yankowitz Goldsmith & Sayers, P.A. of $12088.00 in fees and $145.00 in expenses . (EOD Date: 5/18/94. Doc. No: 387) (vm) [EOD 05/18/94] [92-43150] |
| 5/18/94 | Affidavit Of Service on 5/16/94 Of [386-1] Order (EOD Date: 5/18/94. Doc. No: 388) (vm) [EOD 05/18/94] [92-43150] |
| 5/20/94 | Notice of Presentment of Proposed Order. Filed By Sarah M. Keenan for Trustee John S. Pereira RE: for an order denying motion of Rose Felzenberg for an order withdrawing bid for automobiles Presentment date: 5/27/94 @ 12:00 (EOD Date: 5/20/94. Doc. No: 390) (vm) [EOD 05/20/94] [92-43150] |
| 5/23/94 | Affidavit Of Service on 5/20/94 Of attached letter (copy) to Ms. Mary Tom, re: the sale of the property at 19 Denman Place, Hillside, N.J. (EOD Date: 5/25/94. Doc. No: 391) (vm) [EOD 05/25/94] [92-43150] |
| 5/23/94 | Transcript of Hearing Held on 5/10/94    RE: (93-9328A) adj S/C John S. Pereira, Pretrial Conference and (93-9339a) Adj. S/C John S. Pereira vs. Robert Gussow Pretrial Conf. (EOD Date: 5/25/94. Doc. No: 392) (vm) [EOD 05/25/94] [92-43150] |

| | |
|---|---|
| 5/26/94 | Objection By    Interested Party Rose Felzenberg        To [390-1] Proposed Order Notice of     by Sarah M. Keenan . (EOD Date: 6/13/94. Doc. No: 399) (vm) [EOD 06/13/94] [92-43150] |
| 5/31/94 | Letter Filed by Sarah M. Keenan for Trustee John S. Pereira dated 5/26/94 requesting that the order denying R. Felsenberg's motion to withdraw her bids for automobiles should be enterd. Re: [390-1] Proposed Order Notice of by Sarah M. Keenan (EOD Date: 6/13/94. Doc. No: 400) (vm) [EOD 06/13/94] [92-43150] |
| 6/7/94 | Application By    Trustee John S. Pereira To Employ Eli Rosman, CPA as Substitute Accountants (EOD Date: 6/7/94. Doc. No: 393) (vm) [EOD 06/07/94] [92-43150] |
| 6/7/94 | Order   Signed On: 6/3/94 Granting [393-1] Application To Employ Eli Rosman, CPA as Substitute Accountants in the case of Robert M. Felzenberg and Barbara M. Felzenberg by John S. Pereira . (EOD Date: 6/7/94. Doc. No: 394) (vm) [EOD 06/07/94] [92-43150] |
| 6/7/94 | Application By    Trustee John S. Pereira To Employ Eli Rosman, CPA as Substitute Accountants In The Case Of Stephen Blair Apartments (EOD Date: 6/7/94. Doc. No: 395) (vm) [EOD 06/07/94] [92-43150] |
| 6/7/94 | Order   Signed On: 6/3/94 Granting [395-1] Application To Employ Eli Rosman, CPA as Substitute Accountants In The Case Of Stephen Blair Apartments by John S. Pereira (92B44476) . (EOD Date: 6/7/94. Doc. No: 396) (vm) [EOD 06/07/94] [92-43150] |
| 6/7/94 | Application By    Trustee John S. Pereira To Employ Special Counsel (Filed Under Seal) (EOD Date: 6/7/94. Doc. No: 397) (vm) [EOD 06/07/94] [92-43150] |
| 6/7/94 | Order   Signed On: 6/6/94 (Filed Under Seal) Granting [397-1] Application To Employ Special Counsel (Filed Under Seal) by John S. Pereira . (EOD Date: 6/7/94. Doc. No: 398) (vm) [EOD 06/07/94] [92-43150] |
| 6/10/94 | Application By    Trustee John S. Pereira for an order directing the Interal Revenue Service to produce certain documetns (EOD Date: 6/16/94. Doc. No: 402) (vm) [EOD 06/16/94] [92-43150] |
| 6/13/94 | Order Denying Motion of Rose Felzenberg for an order withdrawing bid for automobiles Signed On: 6/8/94 . (EOD Date: 6/13/94. Doc. No: 401) (vm) [EOD 06/13/94] [92-43150] |
| 6/15/94 | Complaint (94-8426) John S. Pereira       vs. Dimosthenes P. Constantopoulos . NOS 454 Recover Money/Property . ( Fee Not Required) (EOD Date: 6/20/94. Doc. No: 1) (vm) |

|  |  |
|---|---|
|  | [EOD 06/20/94] [94-8426] |
| 6/16/94 | Order   Signed On: 6/15/94 Granting [402-1] Application for an order directing the Interal Revenue Service to produce certain documents by John S. Pereira, identified in the proposed subpoena annexed as Exhibit "A" to the application . (EOD Date: 6/16/94. Doc. No: 403) (vm) [EOD 06/16/94] [92-43150] |
| 6/16/94 | Statement Of Operations     from 4/1/94 to 4/30/94 (EOD Date: 6/20/94. Doc. No: 404) (vm) [EOD 06/20/94] [92-43150] |
| 6/17/94 | Motion By Creditor United Jersey Bank To Enforce April 18, 1994 Stipulation and Order authorizing Distributions of Proceeds From Sale of 19 Denman Place, Hillside, New Jersey (Returnable: 10:00 6/29/94 Courtroom 601 (CB) ) (EOD Date: 6/21/94. Doc. No: 405) (vm) [EOD 06/21/94] [92-43150] |
| 6/17/94 | Affidavit by Tracy L. Klestadt for Creditor United Jersey Bank· in support     RE: [405-1] Motion To Enforce April 18, 1994 Stipulation and Order authorizing Distributions of Proceeds From Sale of 19 Denman Place, Hillside, New Jersey (Returnable: 10:00 6/29/94 Courtroom 601 (CB) ) by United Jersey Bank (EOD Date: 6/21/94. Doc. No: 406) (vm) [EOD 06/21/94] [92-43150] |
| 6/17/94 | Statement Of Operations     from 4/1/94 to 4/30/94 (EOD Date: 6/21/94. Doc. No: 407) (vm) [EOD 06/21/94] [92-43150] |
| 6/20/94 | Letter Filed by Sarah M. Keenan for Trustee John S. Pereira dated 6/16/94 Re: advising all parties who filed a notice of appearance, that the Trustee will commence taking the examinations of both Alicia and Emily Felzenberg on 6/28/94 @ 2:30 p.m.   The examination will continue during the afternoons of 6/29/94 and 6/30 and the morning of 7/1/94. (see document for further details) (EOD Date: 6/21/94. Doc. No: 409) (vm) [EOD 06/21/94] [92-43150] |
| 6/22/94 | Letter Filed by        Interested Party Rose Felzenberg        Re: requesting that the Court reconsider        the auction of three vehicles (EOD Date: 8/3/94. Doc. No: 438) (vm) [EOD 08/03/94] [92-43150] |
| 7/7/94 | Notice by To Substitute Attorney: Solomon and Weinberg as Attys for creditor Frederick Goldman, For Old Attorney: Morris Simkin, Esq. (EOD Date: 7/11/94. Doc. No: 410) (vm) [EOD 07/11/94] [92-43150] |
| 7/7/94 | Notice Of Cross Motion Filed By Trustee John S. Pereira RE: for an order surcharging net proceeds of sale of apartments, ret: 7/19/94 @ 10:00 a.m. (EOD Date: 7/14/94. Doc. No: 411) (vm) [EOD 07/14/94] [92-43150] |

7/18/94        Affidavit Of Service by Shaw Licitra Parente Esernio &
               Schwartc, P.C.    Of service of process by the U.S Marshal
               above Emily Felzenberg and Alicia Felzenberg (EOD Date:
               7/21/94. Doc. No: 412) (vm) [EOD 07/21/94] [92-43150]

7/18/94        Application Second and Final Allowance By        Accountant J.H.
               Cohn & Company For Compensation ( Fees: $ 46,839.10,
               Expenses: $ 1,416.85) (EOD Date: 7/21/94. Doc. No: 413) (vm)
               [EOD 07/21/94] [92-43150]

7/18/94        Second and Final Application By        Accountant J.H. Cohn &
               Company Accountant J.H. Cohn & Company For Compensation (
               Fees: $ 69,458.80, Expenses: $ 2,698.15) (EOD Date:
               7/21/94. Doc. No: 414) (vm) [EOD 07/21/94] [92-43150]

7/18/94        Application By        Trustee John S. Pereira For Compensation (
               Fees: $ 1,156.32, Expenses: $ 0) (EOD Date: 7/21/94. Doc.
               No: 415) (vm) [EOD 07/21/94] [92-43150]

7/18/94        Second Trustee's Interim Report. (EOD Date: 7/21/94. Doc.
               No: 416) (vm) [EOD 07/21/94] [92-43150]

7/18/94        Second Interim Application By        Attorney Shaw Licitra
               et.al., P.C. For Compensation ( Fees: $ 36,234.38,
               Expenses: $ 1,398.50) (EOD Date: 7/21/94. Doc. No: 417) (vm)
               [EOD 07/21/94] [92-43150]

7/18/94        Second Interim Application By        Attorney Shaw Licitra
               et.al., P.C. For Compensation ( Fees: $ 162,350.32,
               Expenses: $ 11,430.52) (EOD Date: 7/21/94. Doc. No: 418) (vm)
               [EOD 07/21/94] [92-43150]

7/18/94        Application By        Trustee John S. Pereira For Compensation (
               Fees: $ 2,573.82,        Expenses: $ 0) (EOD Date: 7/21/94. Doc.
               No: 419) (vm) [EOD 07/21/94] [92-43150]

7/18/94        Second Trustee's Interim Report. (EOD Date: 7/21/94. Doc.
               No: 420) (vm) [EOD 07/21/94] [92-43150]

7/18/94        Notice of Hearing RE: [419-1] Application For Compensation
               ( Fees: $ 2,573.82,        Expenses: $ 0) by John S. Pereira
               Scheduled For 10:00 8/4/94 at Courtroom 601 (CB), [418-1]
               Application For Compensation ( Fees: $ 162,350.32,
               Expenses: $ 11,430.52) by Shaw Licitra et.al., P.C.
               Scheduled For 10:00 8/4/94 at Courtroom 601 (CB) (EOD Date:
               7/21/94. Doc. No: 421) (vm) [EOD 07/21/94] [92-43150]

7/18/94        Notice of Hearing RE: [417-1] Application For Compensation
               ( Fees: $ 36,234.38, Expenses: $ 1,398.50) by Shaw Licitra
               et.al., P.C. Scheduled For 10:00 8/4/94 at Courtroom 601
               (CB), [415-1] Application For Compensation ( Fees: $
               1,156.32, Expenses: $ 0) by John S. Pereira Scheduled For
               10:00 8/4/94 at Courtroom 601 (CB) (EOD Date: 7/21/94. Doc.
               No: 422) (vm) [EOD 07/21/94] [92-43150]

7/18/94          Affidavit Of Service on 7/14/94 Of Notice of hearing on
                 intended sale of debtor's interest in alum lion limited
                 partnership (EOD Date: 7/21/94. Doc. No: 423) (vm)
                 [EOD 07/21/94] [92-43150]

7/18/94          Notice of Hearing RE: On Intended Sale of Debtor's Interest
                 In Alum Lion Limited Partnership (EOD Date: 7/22/94. Doc.
                 No: 424) (vm) [EOD 07/22/94] [92-43150]

7/18/94          Notice of Hearing RE: To Consider Applications for
                 Allowance of Compensation of Ravin Greenberg & Marks, P.A.,
                 Attys for Robert and Barbara Felzenberg and Stephen-Blairs
                 Apartments, Inc., ret: 8/4/94 @ 10:00 (EOD Date: 7/22/94.
                 Doc. No: 427) (vm) [EOD 07/22/94] [92-43150]

7/19/94          Transcript of Hearing Held on 6/15/94          RE: (92-1222a) adj
                 s/c J. Pereira Truste vs. Harmonia Savings Bank, etc
                 Pretrial conf;, etc. (EOD Date: 7/22/94. Doc. No: 428) (vm)
                 [EOD 07/22/94] [92-43150]

7/21/94          Amended [424-1] Notice of Hearing . Filed by:          Debtor
                 Barbara M. Felzenberg, Debtor Robert M. Felzenberg, Trustee
                 John S. Pereira On Intended Sale of Debtor's Interest In
                 Alum Lion Partnership ret: 8/4/94 @ 10:00 (EOD Date:
                 7/22/94. Doc. No: 425) (vm) [EOD 07/22/94] [92-43150]

7/21/94          Affidavit Of Service on 7/19/94 Of [424-1] Notice of
                 Hearing (EOD Date: 7/22/94. Doc. No: 426) (vm)
                 [EOD 07/22/94] [92-43150]

7/25/94          Application By Attorney Ravin Greenberg & Marks, P.A. For
                 Compensation ( Fees: $ 295,624.50,          Expenses: $ 13,372.45)
                 . (EOD Date: 7/25/94. Doc. No: 429) (vm) [EOD 07/25/94]
                 [92-43150]

7/25/94          Statement Of Operations      from 5/1/94 to 5/31/94 (92B43384)
                 (EOD Date: 7/26/94. Doc. No: 430) (vm) [EOD 07/26/94]
                 [92-43150]

7/25/94          Statement Of Operations      from 5/1/94 to 5/31/94 (EOD Date:
                 7/26/94. Doc. No: 431) (vm) [EOD 07/26/94] [92-43150]

7/25/94          Amended Schedules "B & C" (EOD Date: 7/26/94. Doc. No: 432)
                       (vm) [EOD 07/26/94] [92-43150]

7/27/94          Statement Of Operations      from 6/1/94 to 6/30/94 (EOD Date:
                 8/1/94. Doc. No: 433) (vm) [EOD 08/01/94] [92-43150]

7/29/94          Response By  Creditor United Jersey Bank      To [411-1] Motion
                 Notice Of Cross Motion Filed By Trustee John S. Pereira RE:
                 for an order surcharging net proceeds of sale of
                 apartments, ret: 7/19/94 @ 10:00 a.m. by John S. Pereira .
                 (EOD Date: 8/2/94. Doc. No: 436) (vm) [EOD 08/02/94]

[92-43150]

| 7/29/94 | Opposition by Attorney Ravitta Mehta-Bhatia Re: [429-1] Application For Compensation ( Fees: $ 295,624.50, Expenses: $ 13,372.45) by Ravin Greenberg & Marks, P.A. (EOD Date: 8/2/94. Doc. No: 437) (vm) [EOD 08/02/94] [92-43150] |

| 7/29/94 | Letter Filed and dated 7/28/94 by Sarah M. Keenan for Trustee John S. Pereira To Judge Blackshear Re: supporting papers of the cross-motion scheduled for 8/4/94 @ 10:00 (EOD Date: 8/18/94. Doc. No: 455) (vm) [EOD 08/18/94] [92-43150] |

| 8/1/94 | Objection By    Trustee John S. Pereira      To [429-1] Application For Compensation ( Fees: $ 295,624.50, Expenses: $ 13,372.45) by Ravin Greenberg & Marks, P.A. . (EOD Date: 8/2/94. Doc. No: 434) (vm) [EOD 08/02/94] [92-43150] |

| 8/1/94 | Objection By    Trustee John S. Pereira      To [414-1] Application For Compensation ( Fees: $ 69,458.80, Expenses: $ 2,698.15) by J.H. Cohn & Company, J.H. Cohn & Company, [413-1] Application For Compensation ( Fees: $ 46,839.10, Expenses: $ 1,416.85) by J.H. Cohn & Company, ret: 8/4/94 @ 10:00 . (EOD Date: 8/2/94. Doc. No: 435) (vm) [EOD 08/02/94] [92-43150] |

| 8/2/94 | Objection By    Creditor Copytone, Inc.      To [429-1] Application For Compensation ( Fees: $ 295,624.50, Expenses: $ 13,372.45) by Ravin Greenberg & Marks, P.A. . (EOD Date: 8/4/94. Doc. No: 439) (vm) [EOD 08/04/94] [92-43150] |

| 8/4/94 | Statement Of Operations     from March 1, l994 to March 31, l994 (EOD Date: 8/8/94. Doc. No: 444) (cg) [EOD 08/08/94] [92-43150] |

| 8/4/94 | Statement Of Operations     from April 1, l994 to April 30, l994 (EOD Date: 8/8/94. Doc. No: 445) (cg) [EOD 08/08/94] [92-43150] |

| 8/4/94 | Statement Of Operations     from May 1, l994 to May 31, l994 (EOD Date: 8/8/94. Doc. No: 446) (cg) [EOD 08/08/94] [92-43150] |

| 8/4/94 | Statement Of Operations     from June 1, l994 to June 30, l994 (EOD Date: 8/8/94. Doc. No: 447) (cg) [EOD 08/08/94] [92-43150] |

| 8/4/94 | Statement Of Operations     from March 1, l994 to March 31, l994 (for case #92-B-44476) (EOD Date: 8/8/94. Doc. No: 448) (cg) [EOD 08/08/94] [92-43150] |

8/4/94          Statement Of Operations     from April 1, l994 to April 30,
                l994 (for Case #92-B-44476) (EOD Date: 8/8/94. Doc. No:
                449) (cg) [EOD 08/08/94] [92-43150]

8/4/94          Statement Of Operations     from May 1, l994 to May 31, l994
                (For Case #92-B-44476) (EOD Date: 8/8/94. Doc. No: 450) (cg)
                [EOD 08/08/94] [92-43150]

8/4/94          Statement Of Operations     from June 1, l994 to June 30, l994
                (For Case #92-B-44476) (EOD Date: 8/8/94. Doc. No: 451) (cg)
                [EOD 08/08/94] [92-43150]

8/5/94          Order Signed On: 8/4/94, that the Lionmark Offer be, and
                the same hereby is, approved, and it is further that the
                Trustee is authorized to sell, transfer and convey all of
                the debtor's right, title and interest in and to Alum Lion
                to Lionmark. (EOD Date: 8/5/94. Doc. No: 440) (vm)
                [EOD 08/05/94] [92-43150]

8/8/94          Order   Signed On: 08/04/94, To Enforce re: (371)
                stipulation and order authorizing distribution of proceeds
                from sale of 19 Denman Place, Hillside, NJ. . (EOD Date:
                8/8/94. Doc. No: 441) (gp) [EOD 08/08/94] [92-43150]

8/8/94          Order   Signed On: 08/04/94 Granting [417-1] Application For
                Compensation ( Fees: $ 36,234.38, Expenses: $ 1,398.50) by
                Shaw Licitra et.al., P.C. payment to        Shaw Licitra Parente
                Esernio & Schwartz of $28987.50 in fees and $1398.50 in
                expenses. FEES HELD BACK $7246.88. Granting [415-1]
                Application For Compensation ( Fees: $ 1,156.32, Expenses:
                $ 0) by John S. Pereira payment to John Pereira of $1156.32
                in fees . (EOD Date: 8/8/94. Doc. No: 442) (gp)
                [EOD 08/08/94] [92-43150]

8/8/94          Hold Back Flag Applied, RE: [442-1] Order - Shaw Licitra
                Parente Esernio & Schwartz for Compensation. (EOD Date:
                8/8/94.) (gp) [EOD 08/08/94] [92-43150]

8/8/94          Order   Signed On: 08/04/94 Granting [419-1] Application For
                Compensation ( Fees: $ 2,573.82,        Expenses: $ 0) by John S.
                Pereira payment to John Pereira of $2573.82 in fees
                Granting [418-1] Application For Compensation ( Fees: $
                162,350.32, Expenses: $ 11,430.52) by Shaw Licitra et.al.,
                P.C. payment to        Shaw Licitra Parente Esernio & Schwartz
                of $129880.26 in fees and $11430.52 in expenses. FEES HELD
                BACK $32425.06. Granting [414-1] Application For
                Compensation ( Fees: $ 69,458.80, Expenses: $ 2,698.15) by
                J.H. Cohn & Company, J.H. Cohn & Company payment to J.H.
                Cohn & Company of $54847.04 in fees and $2698.15 in
                expenses . FEES HELD BACK $13711.76 (EOD Date: 8/8/94. Doc.
                No: 443) (gp) [EOD 08/08/94] [92-43150]

8/8/94          Hold Back Flag Applied, RE: [443-1] Order          by J.H. Cohn &
                Company, Shaw Licitra Parente Esernio & Schwartz,          for
                Compensation. (EOD Date: 8/8/94.) (gp) [EOD 08/08/94]
                [92-43150]

8/9/94          Notice of Settlement of Order. Filed By United Jersey Bank
                RE: Presentment date: 8/16/94 @ 10:00 (EOD Date: 8/16/94.
                Doc. No: 452) (vm) [EOD 08/16/94] [92-43150]

8/9/94          Order Signed on: 8/4/94, For Compensation (Fees:
                $294,624.50, Expenses: $13,372.45) payment to Ravin
                Greenberg & Marks, P.A. of $125000.00 in fees and $2000.00
                in expenses. (FEES HELD BACK $170624.50).   [ORIGINAL
                ENTERED ON 8/9/94 IN CASE NO. 92-45415 DOC. #76.] (EOD
                Date: 5/8/95) (dl) [EOD 05/08/95] [92-43150]

8/11/94         Letter Filed by Tracy L. Klestadt for Creditor United
                Jersey Bank To Judge Blackshear, requesting that Your Honor
                vacate the order signed on 8/4/94, and replace that order
                with the form of order enclosed.          Re: [441-2] Order,
                [441-1] Order To Enforce re: (371) stipulation and order
                authorizing distribution of proceeds from sale of 19 Denman
                Place, Hillside, NJ. (EOD Date: 8/19/94. Doc. No: 457) (vm)
                [EOD 08/19/94] [92-43150]

8/16/94         Statement Of Operations     from 6/1/94 to 6/30/94 (EOD Date:
                8/17/94. Doc. No: 453) (vm) [EOD 08/17/94] [92-43150]

8/16/94         Statement Of Operations     from 6/1/94 to 6/30/94 (92B43384)
                (EOD Date: 8/17/94. Doc. No: 454) (vm) [EOD 08/17/94]
                [92-43150]

8/19/94         Order Enforcing Stipulation and Order authorizing
                distribution of proceeds from sale of 19 Denman Place,
                Hillside, N.J. Signed On: 8/11/94, that the Trustee shall
                and hereby directed to comply with the April 18 Order and
                distribute within one business day to UJB the sum of
                $204,276.91, representing the second mortgage proceeds from
                the sale of 19 Denman Place, Hillside, N.J.. (EOD Date:
                8/19/94. Doc. No: 456) (vm) [EOD 08/19/94] [92-43150]

8/25/94         Statement Of Operations     from 1/1/94 to 1/31/94 (EOD Date:
                8/30/94. Doc. No: 458) (vm) [EOD 08/30/94] [92-43150]

8/25/94         Statement Of Operations     from 2/1/94 to 2/28/94 (EOD Date:
                8/30/94. Doc. No: 459) (vm) [EOD 08/30/94] [92-43150]

8/25/94         Statement Of Operations     from 3/1/94 to 3/31/94 (EOD Date:
                8/30/94. Doc. No: 460) (vm) [EOD 08/30/94] [92-43150]

8/25/94         Statement Of Operations     from 1/1/904 to 1/31/94 (92B43384)
                (EOD Date: 8/30/94. Doc. No: 461) (vm) [EOD 08/30/94]
                [92-43150]

8/25/94          Statement Of Operations     from 2/1/94 to 2/28/94 (92B43384)
                 (EOD Date: 8/30/94. Doc. No: 462) (vm) [EOD 08/30/94]
                 [92-43150]

8/25/94          Statement Of Operations     from 3/1/94 to 3/31/94 (92B43384)
                 (EOD Date: 8/30/94. Doc. No: 463) (vm) [EOD 08/30/94]
                 [92-43150]

9/6/94           Letter Filed by Alan M. Parente, with the firm of Attorney
                 Shaw Licitra et.al., P.C. Re:          Notice to all interested
                 parties who have filed notices of appearance, that Mrs.
                 Barbara Felzenberg will be examined in her capacity as
                 Administratix of the Estate of Robert Gussow on 9/12/94 @
                 9:00 a.m., at the offices of Paul Hasting Janlfsky & Walker
                 (EOD Date: 9/8/94. Doc. No: 464) (vm) [EOD 09/08/94]
                 [92-43150]

9/6/94           Statement Of Operations     from 7/1/94 to 7/31/94 (92B43150)
                 (EOD Date: 9/9/94. Doc. No: 465) (vm) [EOD 09/09/94]
                 [92-43150]

9/6/94           Statement Of Operations     from 7/1/94 to 7/31/94 (EOD Date:
                 9/12/94. Doc. No: 466) (vm) [EOD 09/12/94] [92-43150]

9/20/94          Statement Of Operations     from 8/1/94 to 8/31/94 (EOD Date:
                 9/22/94. Doc. No: 467) (vm) [EOD 09/22/94] [92-43150]

9/20/94          Statement Of Operations     from 8/1/94 to 8/31/94 (92B44476)
                 (EOD Date: 9/22/94. Doc. No: 468) (vm) [EOD 09/22/94]
                 [92-43150]

10/13/94         Transcript of Hearing Held on 9/20/94        RE: (92-1222a) N/M
                 for an order of contempt citation against Emily and Alicia
                 (EOD Date: 10/17/94. Doc. No: 469) (vm) [EOD 10/17/94]
                 [92-43150]

10/27/94         Statement Of Operations     from 9/1/94 to 9/30/94 (92-45415)
                 (EOD Date: 11/4/94. Doc. No: 470) (vm) [EOD 11/04/94]
                 [92-43150]

10/27/94         Statement Of Operations     from 9/1/94 to 9/30/94 (92B44476)
                 (EOD Date: 11/4/94. Doc. No: 471) (vm) [EOD 11/04/94]
                 [92-43150]

11/28/94         Motion By Debtor Barbara M. Felzenberg, Debtor Robert M.
                 Felzenberg for reimbursement to debtor's for appearing at
                 past and examinations (Returnable: 10:00 12/8/94 Courtroom
                 601 (CB) ) (EOD Date: 11/29/94. Doc. No: 472) (vm)
                 [EOD 11/29/94] [92-43150]

11/28/94          Affidavit by        Debtor Barbara M. Felzenberg     In support RE:
                  [472-1] Motion for reimbursement to debtor's for appearing
                  at past and examinations (Returnable: 10:00 12/8/94
                  Courtroom 601 (CB) ) by Robert M. Felzenberg, Barbara M.
                  Felzenberg (EOD Date: 11/29/94. Doc. No: 473) (vm)
                  [EOD 11/29/94] [92-43150]

11/28/94          Affidavit Of Service on 11/22/94 Of Notice of Motion,
                  Certification and Order to the Clerk, (document doesn't
                  state which documents it refers to        (EOD Date: 12/2/94.
                  Doc. No: 474) (vm) [EOD 12/02/94] [92-43150]

12/1/94           Objection By     United States Trustee Arthur J. Gonzalez To
                  [472-1] Motion for reimbursement to debtor's for appearing
                  at past and examinations (Returnable: 10:00 12/8/94
                  Courtroom 601 (CB) ) by Robert M. Felzenberg, Barbara M.
                  Felzenberg . (EOD Date: 12/2/94. Doc. No: 475) (pgar)
                  [EOD 12/02/94] [92-43150]

12/1/94           Affidavit Of Service on 12/1/94 Of [475-1] Objection          by
                  Arthur J. Gonzalez (EOD Date: 12/5/94. Doc. No: 477) (vm)
                  [EOD 12/05/94] [92-43150]

12/2/94            Cross Motion Filed By Sarah M. Keenan, Atty for Trustee
                  Pereira RE: for an order adjudicating the Felzenbergs in
                  contempt of court for their noncompliance with this Court's
                  Order dated 8/6/93, which order directed the Felzenbergs
                  not to use any personal or corporate credit cards during
                  the duration of the Chapter 11 case (EOD Date: 12/5/94.
                  Doc. No: 476) (vm) [EOD 12/05/94] [92-43150]

12/6/94           Statement Of Operations     from 10/1/94 to 10/31/94
                  (92B43149) (EOD Date: 12/8/94. Doc. No: 478) (vm)
                  [EOD 12/08/94] [92-43150]

12/6/94           Statement Of Operations from 10/1/94 to 10/31/94 (For Case
                  92B43384) (EOD Date: 12/13/94. Doc. No: 481) (pgar)
                  [EOD 12/13/94] [92-43150]

12/8/94           Objection By     Attorney Ravin Greenberg & Marks, P.A. m
                  Attys for debtors To Proceeding For Contempt. (EOD Date:
                  12/8/94. Doc. No: 479) (vm) [EOD 12/08/94] [92-43150]

12/8/94           Affidavit by        Debtor Barbara M. Felzenberg        RE: [472-1]
                  Motion for reimbursement to debtor's for appearing at past
                  and examinations by Robert M. Felzenberg, Barbara M.
                  Felzenberg (EOD Date: 12/8/94. Doc. No: 480) (vm)
                  [EOD 12/08/94] [92-43150]

1/10/95           Statement Of Operations     from 11/1/94 to 11/30/94 (EOD
                  Date: 1/10/95. Doc. No: 482) (vm) [EOD 01/10/95]
                  [92-43150]

1/10/95          Statement Of Operations     from 10/1/94 to 10/31/94 For Case
                 (92B44476) (EOD Date: 1/13/95. Doc. No: 483) (pgar)
                 [EOD 01/13/95] [92-43150]

1/10/95          Statement Of Operations from 10/1/94 to 10/31/94 For Case
                 (92B45415) (EOD Date: 1/13/95. Doc. No: 484) (pgar)
                 [EOD 01/13/95] [92-43150]

1/13/95          Statement Of Operations from 11/1/94 to 11/30/94 For Case
                 (92B43384) (EOD Date: 1/18/95. Doc. No: 485) (pgar)
                 [EOD 01/18/95] [92-43150]

1/19/95          Statement Of Operations     from 11/1/94 to 11/30/94 For Case
                 (92B44476) (EOD Date: 1/20/95. Doc. No: 486) (pgar)
                 [EOD 01/20/95] [92-43150]

1/19/95          Statement Of Operations from 11/1/94 to 11/30/94 For Case
                 (92B45415) (EOD Date: 1/20/95. Doc. No: 487) (pgar)
                 [EOD 01/20/95] [92-43150]

1/23/95          Statement Of Operations     from July 1, 1994 to July 31, 1994
                 For Case No.: 92-43384 (EOD Date: 1/24/95. Doc. No: 488) (as)
                 [EOD 01/24/95] [92-43150]

1/23/95          Statement Of Operations     from August 1, 1994 to August 31,
                 1994 For Case No.: 92-43384 (EOD Date: 1/24/95. Doc. No:
                 489) (as) [EOD 01/24/95] [92-43150]

1/23/95          Statement Of Operations     from September 1, 1994 to
                 September 30, 1994 Fïr Case No.: 92-43384 (EOD Date:
                 1/24/95. Doc. No: 490) (as) [EOD 01/24/95] [92-43150]

1/23/95          Statement Of Operations     from 7/1/94 to 7/31/94 (EOD Date:
                 1/24/95. Doc. No: 491) (pgar) [EOD 01/24/95]
                 [92-43150]

1/23/95          Statement Of Operations     from 8/1/94 to 8/31/94 (EOD Date:
                 1/24/95. Doc. No: 492) (pgar) [EOD 01/24/95]
                 [92-43150]

1/23/95          Statement Of Operations     from 9/1/94 to 9/30/94 (EOD Date:
                 1/24/95. Doc. No: 493) (pgar) [EOD 01/24/95]
                 [92-43150]

1/25/95          Motion By Sarah M. Keenan for Trustee John S. Pereira For
                 Civil Contempt for Non-Compliance with the Order dated
                 December 20, 1993 (Returnable: 10:00 2/23/95 Courtroom 601
                 (CB) ) and For Compensation (For Acutual losses incurred
                 as a result of Barbara Felzenberg's contemptuous conduct
                 and Legal Fees incurred for preparation of Documents)
                 (EOD Date: 1/26/95. Doc. No: 494) (pgar) [EOD 01/26/95]
                 [92-43150]

1/25/95          Affidavit Of Service Of [494-1] Motion For Civil Contempt
                 for Non-Compliance with the Order dated December 20, 1993
                 (Returnable: 10:00 2/23/95 Courtroom 601 (CB) ) by Sarah M.
                 Keenan, [494-2] Motion For Compensation (For Acutual losses
                 incurred as a result of Barbara Felzenberg's contemptuous
                 conduct and Legal Fees incurred for preparation of
                 Documents)  by Sarah M. Keenan (EOD Date: 1/26/95. Doc. No:
                 495) (pgar) [EOD 01/26/95] [92-43150]

1/30/95          Certification by Debtor Barbara M. Felzenberg in Opposition
                 to RE: [494-1] Motion For Civil Contempt for Non-Compliance
                 with the Order dated December 20, 1993 (Returnable: 10:00
                 2/23/95 601 (CB) ) by Sarah M. Keenan (EOD Date: 1/31/95.
                 Doc. No: 496) (pgar) [EOD 01/31/95] [92-43150]

2/1/95           Statement Of Operations from 12/1/94 to 12/31/94 For Case
                 Number (92B43149) (EOD Date: 2/2/95. Doc. No: 497) (pgar)
                 [EOD 02/02/95] [92-43150]

2/1/95           Statement Of Operations     from December 1, 1994 to December
                 31, 1994 for Case No.: 92-43384 (EOD Date: 2/6/95. Doc. No:
                 498) (as) [EOD 02/06/95] [92-43150]

2/9/95           Application By Trustee John S. Pereira for an order
                 allowing G.E.M. Auction Corp. Compensation re. cases
                 92B45415, 92B43150 and 92B44476 re. (92B43150) For
                 Compensation ( Fees: $ 3,966.32, Expenses: $ 2,925.80) re.
                 (92B45415) Compensation ( Fees: $6,0600.00, Expenses:
                 $2,699.55), re. (92B4476) Commission: $1,400.00 with Notice
                 of Presentment of Order, ret: 2/28/95 @ 11:00 a.m. . (EOD
                 Date: 2/9/95. Doc. No: 499) (vm) [EOD 02/09/95]
                 [92-43150]

2/10/95          Statement Of Operations     from 12/1/94 to 12/31/94
                 (92-43150) (EOD Date: 2/14/95. Doc. No: 500) (vm)
                 [EOD 02/14/95] [92-43150]

2/10/95          Statement Of Operations     from 12/1/94 to 12/31/94
                 (92B45415) (EOD Date: 2/14/95. Doc. No: 501) (vm)
                 [EOD 02/14/95] [92-43150]

2/14/95          Affidavit Of Service Of: [499-1] Application re. (92B43150)
                 For Compensation ( Fees: $ 3,966.32, Expenses: $ 2,925.80)
                 re. (92B45415) Compensation ( Fees: $6,0600.00, Expenses:
                 $2,699.55), re. (92B4476) Commission: $1,400.00 with Notice
                 of Presentment of Order, ret: 2/28/95 @ 11:00 a.m. by John
                 S. Pereira (EOD Date: 2/15/95. Doc. No: 502) (dl)
                 [EOD 02/15/95] [92-43150]

2/14/95          Order Signed On: 3/1/95 Granting [499-1] Application re.
                 (92B43150) For Compensation ( Fees: $ 3,966.32, Expenses: $
                 2,925.80) re. (92B45415) Compensation ( Fees: $6,060.00,
                 Expenses: $2,699.55), re. (92B4476) Commission: $1,400.00
                 payment to G.E.M. Auction Corp. of fees . (EOD Date:
                 3/8/95. Doc. No: 508) (ss) [EOD 03/08/95] [92-43150]

2/16/95          Declaration by George L.Graff, with the firm of "Paul,
                 Hastings" in Opposition to the          RE: [494-1] Motion For
                 Civil Contempt for Non-Compliance with the Order dated
                 December 20, 1993 (Returnable: 10:00 2/23/95 Courtroom 601
                 (CB) ) by Sarah M. Keenan (EOD Date: 2/21/95. Doc. No: 507)
                 (vm) [EOD 02/21/95] [92-43150]

2/21/95          Application By      Trustee John S. Pereira For an Order
                 Directing Ira L Berkowitz, CPA To Product financial
                 Information Documents.       (EOD Date: 2/21/95. Doc. No: 503)
                 (vm) [EOD 02/21/95] [92-43150]

2/21/95          Order   Signed On: 2.15.95 Granting [503-1] Application For
                 an Order Directing Ira L Berkowitz, CPA To Product
                 financial Information Documents.          by John S. Pereira .
                 (EOD Date: 2/21/95. Doc. No: 504) (vm) [EOD 02/21/95]
                 [92-43150]

2/21/95          Application By      Trustee John S. Pereira For and Order
                 Directing St. Elizabeth Hospital To Product Medical Records
                  (EOD Date: 2/21/95. Doc. No: 505) (vm) [EOD 02/21/95]
                 [92-43150]

2/21/95          Order   Signed On: 2/15/95 Granting [505-1] Application For
                 and Order Directing St. Elizabeth Hospital To Product
                 Medical Records   by John S. Pereira . (EOD Date: 2/21/95.
                 Doc. No: 506) (vm) [EOD 02/21/95] [92-43150]

3/3/95           Statement of Operations from 1/1/95 to 1/31/95.          [ORIGINAL
                 ENTERED ON 3/13/95 IN CASE NO. 92-45415 DOC. #77.] (EOD
                 Date: 5/8/95) (dl) [EOD 05/08/95] [92-43150]

3/6/95           Statement Of Operations    from 1/1/95 to 1/31/95 [FOR CASE
                 NO. 92-44476] (EOD Date: 8/31/95. Doc. No: 542) (dl)
                 [EOD 08/31/95] [92-43150]

3/14/95          So Ordered Stipulation Signed 3/17/95 by and between Atty
                 for Trustee and Atty for Barbara Felzenberg Re: Withdrawal
                 of Motion for an order holding Barbara Felzenberg, as
                 Adminstratrix of the Estate of Robert Gussow in contempt
                 with prejudice (EOD Date: 3/27/95. Doc. No: 511) (pgar)
                 [EOD 03/27/95] [92-43150]

3/20/95          Affidavit Of Service Of [504-1] Order (EOD Date: 3/27/95.
                 Doc. No: 509) (pgar) [EOD 03/27/95] [92-43150]

3/20/95         Affidavit Of Service of Subpoena Of [504-1] Order (EOD
                Date: 3/27/95. Doc. No: 510) (pgar) [EOD 03/27/95]
                [92-43150]

3/20/95         Affidavit Of Service Of [504-1] Order and Subpoena in a
                case under the bankruptcy code. (EOD Date: 4/7/95. Doc. No:
                513) (ss) [EOD 04/07/95] [92-43150]

4/5/95          Statement Of Operations     from 2/1/95 to 2/28/95 (EOD Date:
                4/6/95. Doc. No: 512) (ss) [EOD 04/06/95] [92-43150]

4/5/95          Statement Of Operations from 2/1/95 to 2/28/95 [FOR CASE
                NO. 92-44476]. (EOD Date: 8/31/95. Doc. No: 543) (dl)
                [EOD 08/31/95] [92-43150]

4/7/95          Affidavit Of Service Of [504-1] Order (EOD Date: 4/7/95.
                Doc. No: 514) (ss) [EOD 04/07/95] [92-43150]

4/12/95         Motion By Debtor Robert M. Felzenberg, Debtor Barbara M.
                Felzenberg To Convert Case From Chapter 11 to Chapter 7
                (Returnable: 10:00 5/4/95 Courtroom 601 (CB) ) (Last Day
                For Objections to Motion: 5/1/95 ) [ORIGINAL ENTERED ON
                4/12/95 IN CASE NO. 92-45415 DOC. #78.] (EOD Date: 5/9/95.
                Doc. No: 0) (dl) [EOD 05/09/95] [92-43150]

4/12/95         Certification By Debtor Robert M. Felzenberg In Support of
                [0-1] Motion To Convert Case From Chapter 11 to Chapter 7
                by Barbara M. Felzenberg, Robert M. Felzenberg [ORIGINAL
                ENTERED ON 4/13/95 IN CASE NO. 92-45415 DOC. #79.] (EOD
                Date: 5/10/95. Doc. No: 0) (dl) [EOD 05/10/95]
                [92-43150]

4/12/95         Certification By Debtor Barbara M. Felzenberg In Support of
                Motion To Convert Case From Chapter 11 to Chapter 7 by
                Barbara M. Felzenberg, Robert M. Felzenberg [ORIGINAL
                ENTERED ON 4/13/95 IN CASE NO. 92-45415 DOC. #80.] (EOD
                Date: 5/10/95. Doc. No: 0) (dl) [EOD 05/10/95]
                [92-43150]

4/12/95         Memorandum of Law By Allan M. Harris for Debtor Barbara M.
                Felzenberg, Debtor Robert M. Felzenberg in Support of [0-1]
                Motion To Convert Case From Chapter 11 to Chapter 7
                (Returnable: 10:00 5/4/95 Courtroom 601 (CB) ) (Last Day
                For Objections to Motion: 5/1/95 ) by Barbara M.
                Felzenberg, Robert M. Felzenberg. [ORIGINAL ENTERED ON
                4/13/95 IN CASE NO. 92-45415 DOC. #80.] (EOD Date: 5/10/95.
                Doc. No: 0) (dl) [EOD 05/10/95] [92-43150]

5/1/95          Complaint (95-9070) John S. Pereira, as Chapter 11 Trustee
                vs. Aetna Casualty & Surety Company . NOS 454 Recover
                Money/Property . ( Filing Fee $ 120.00 Receipt # 32687)
                (EOD Date: 5/4/95. Doc. No: 1) (ss) [EOD 05/04/95]
                [95-9070]

5/8/95          Objection By Trustee John S. Pereira To [(Original Entered
                in Case No. 92-45415 Doc. 78)] Motion To Convert Case From
                Chapter 11 to Chapter 7 (Returnable: 5/4/95 Courtroom 601
                (CB) ) (Last Day For Objections to Motion: 5/1/95 ) by
                Barbara M. Felzenberg, Robert M. Felzenberg. (EOD Date:
                5/10/95. Doc. No: 515) (dl) [EOD 05/10/95] [92-43150]

5/8/95          Brief/Memorandum By Attorney John H. Hall, Jr. of Shaw
                Licitra et.al., P.C. In Opposition To [Original Entered In
                Case No. 92-45415 Doc. #78] Motion To Convert Case From
                Chapter 11 to Chapter 7 (Returnable: 10:00 5/4/95 Courtroom
                601 (CB) ) (Last Day For Objections to Motion: 5/1/95 ) by
                Barbara M. Felzenberg, Robert M. Felzenberg . (EOD Date:
                5/10/95. Doc. No: 516) (dl) [EOD 05/10/95] [92-43150]

5/8/95          Statement Of Operations from 3/1/95 to 3/31/95.          [FOR CASE
                NO. 92-44476.]    (EOD Date: 8/31/95. Doc. No: 544) (dl)
                [EOD 08/31/95] [92-43150]

5/11/95         Application By Trustee John S. Pereira To Employ Stephen
                T. Mashel, Esq. as Special Counsel (EOD Date: 5/11/95.
                Doc. No: 517) (ss) [EOD 05/11/95] [92-43150]

5/11/95         Order Signed On: 5/11/95 Granting [517-1] Application To
                Employ Stephen T. Mashel, Esq. as Special Counsel by John
                S. Pereira . (EOD Date: 5/11/95. Doc. No: 518) (ss)
                [EOD 05/11/95] [92-43150]

5/17/95         Statement Of Operations     from 4/1/95 to 4/30/95. For Case
                No. 92-44476, In re: Stephen Blair Apts., Inc. (EOD Date:
                5/19/95. Doc. No: 519) (ss) [EOD 05/19/95] [92-43150]

6/1/95          Disclosure Statement By Trustee John S. Pereira in
                Connection with Liquidating Plan of Reorganization. (EOD
                Date: 6/2/95. Doc. No: 520) (ss) [EOD 06/02/95]
                [92-43150]

6/1/95          Trustee's Liquidating Plan Of Reorganization Filed By
                Trustee John S. Pereira (EOD Date: 6/2/95. Doc. No: 521) (ss)
                [EOD 06/02/95] [92-43150]

6/1/95          Application By Trustee John S. Pereira To Schedule Hearing
                on Disclosure Statement (Dislcosure Statement, Doc. #520)
                (EOD Date: 6/2/95. Doc. No: 522) (ss) [EOD 06/02/95]
                [92-43150]

6/1/95          Notice and Order Signed On: 6/5/95 RE: Order to Schedule
                Hearing RE: [520-1] Disclosure Statement, by John S.
                Pereira Schd For 10:00 8/3/95 at Courtroom 601 (CB);
                Objections to Disclosure Statement Due 7/24/95. Service of
                this Notice and Order Shall be Deemed Adequate if Served by
                6/14/95. (EOD Date: 6/6/95. Doc. No: 523) (ss)
                [EOD 06/06/95] [92-43150]

6/12/95          Statement Of Operations      from   3/1/95 to 3/31/95 (EOD Date:
                 6/14/95. Doc. No: 524) (ss) [EOD 06/14/95] [92-43150]

6/12/95          Statement Of Operations      from 4/1/95 to 4/30/95 (EOD Date:
                 6/14/95. Doc. No: 525) (ss) [EOD 06/14/95] [92-43150]

6/15/95          Affidavit Of Service Of [523-1] Set Hearing Order (EOD
                 Date: 6/16/95. Doc. No: 526) (ss) [EOD 06/16/95]
                 [92-43150]

6/15/95          Affidavit Of Service Of [523-1] Set Hearing Order, [520-1]
                 Disclosure Statement      by John S. Pereira (EOD Date:
                 6/16/95. Doc. No: 527) (ss) [EOD 06/16/95] [92-43150]

6/27/95          Letter by John H. Hall to Chambers To Withdraw [476-1]
                 Cross Motion Filed By Sarah M. Keenan, Atty for Trustee
                 Pereira RE: for an order adjudicating the Felzenbergs in
                 contempt of court for their noncompliance with this Court's
                 Order dated 8/6/93, which order directed the Felzenbergs
                 not to use any personal or corporate credit cards during
                 the duration of the Chapter case (EOD Date: 6/27/95. Doc.
                 No: 528) (ss) [EOD 06/27/95] [92-43150]

7/10/95          Letter Filed by John H. Hall Re: To all parties who filed a
                 Notice of Appearance and Parties in Interest. Next Section
                 341 Meeting of Creditors is scheduled for Thursday 11/2/95,
                 at 10:00 at the Office of the UST. (EOD Date: 7/11/95. Doc.
                 No: 529) (ss) [EOD 07/11/95] [92-43150]

7/14/95          Application By Trustee John Pereira To Approve Settlement
                 (EOD Date: 7/18/95. Doc. No: 530) (ss) [EOD 07/18/95]
                 [92-43150]

7/14/95          Notice of Presentment of Proposed Order. Filed By Robert M.
                 Horkovich RE: [530-1] Application To Approve Settlement by
                 John Pereira. Presentment date: 8/3/95, 10:00. (EOD Date:
                 7/18/95. Doc. 531) (ss) [EOD 07/18/95] [92-43150]

7/14/95          Affidavit Of Service Of [531-1] Proposed Order Notice of,
                 [530-1] Application To Approve Settlement by John Pereira
                 (EOD Date: 7/18/95. Doc. No: 532) (ss) [EOD 07/18/95]
                 [92-43150]

7/21/95          Statement by United States Trustee Arthur J. Gonzalez          Re:
                 [520-1] (EOD Date: 7/21/95. Doc. No: 533) (ss)
                 [EOD 07/21/95] [92-43150]

7/24/95          Objection By Creditor United Jersey Bank To Approval of
                 [520-1] Disclosure Statement by John S. Pereira for Estate
                 of Robert M. and Barbara M. Felzenberg. (EOD Date: 7/25/95.
                 Doc. No: 534) (ss) [EOD 07/25/95] [92-43150]

7/25/95          Affidavit Of Service Of [534-1] Objection by United Jersey
                 Bank (EOD Date: 7/26/95. Doc. No: 535) (ss) [EOD 07/26/95]

[92-43150]

7/26/95          Affidavit Of Service Of [534-1] Objection by United Jersey
                 Bank (EOD Date: 7/27/95. Doc. No: 536) (ss) [EOD 07/27/95]
                 [92-43150]

8/2/95           Objection By    Debtor Robert M. Felzenberg, Debtor Barbara
                 M. Felzenberg To Approval of [520-1] Disclosure Statement
                 for Chapter 11 Trustee's Liquidating Plan of Reorganization
                 for Estate of Robert M. and Barbara M. Felzenberg . (EOD
                 Date: 8/2/95. Doc. No: 537) (pj) [EOD 08/02/95]
                 [92-43150]

8/3/95           Order Signed On: 8/3/95 Granting [530-1] Application To
                 Approve Settlement of the claims of the Debtor against
                 Certain Underwriters at Lloyd's, London, England, by John
                 Pereira. (EOD Date: 8/3/95. Doc. No: 538) (ss)
                 [EOD 08/03/95] [92-43150]

8/11/95          Statement Of Operations     from 6/1/95 to 6/30/95 for Case
                 No. 92-44476 (Stephen-Blair Apartments, Inc.). (EOD Date:
                 8/11/95. Doc. No: 539) (ss) [EOD 08/11/95] [92-43150]

8/11/95          Statement Of Operations     from 6/1/95 to 6/30/95 for Case
                 No. 92-45415 (Robert M. Felzenberg and Barbara M.
                 Felzenberg) (EOD Date: 8/11/95. Doc. No: 540) (ss)
                 [EOD 08/11/95] [92-43150]

8/30/95          Statement Of Operations from 7/1/95 to 7/31/95 for Case No.
                 92-44476 (Stephen Blair Apts., Inc.) (EOD Date: 8/31/95.
                 Doc. No: 545) (ss) [EOD 08/31/95] [92-43150]

8/30/95          Statement Of Operations from 7/1/95 to 7/31/95 for Case No.
                 92-45415 (Felzenberg) (EOD Date: 9/7/95. Doc. No: 546) (ss)
                 [EOD 09/07/95] [92-43150]

9/8/95           Revised [520-1] Disclosure Statement by John S. Pereira
                 (EOD Date: 9/12/95. Doc. No: 547) (pj) [EOD 09/12/95]
                 [92-43150]

9/8/95           Revised [521-1] Chapter 11 Plan      by John S. Pereira (EOD
                 Date: 9/12/95 Document No: 548). (pj) [EOD 09/12/95]
                 [92-43150]

9/8/95           Notice of Presentment of Proposed Order Filed By Attorney
                 for Chapter 11 Trustee RE: [548-1] Amended Plan, [547-1]
                 Disclosure Statement Presentment date: 9/21/95. Hearing on
                 any objections will be Sept. 21, 1995 at 10:00 a.m. (EOD
                 Date: 9/12/95. Doc. No: 549) (pj) [EOD 09/12/95]
                 [92-43150]

9/15/95          Objection By Attorneys Ravin Greenberg & Marks, P.A. for
                 Robert and Barbara Felzenberg To [549-1] Notice of Proposed
                 Order to approve revised disclosure statement. (EOD Date:
                 9/18/95. Doc. No: 550) (pj) [EOD 09/18/95] [92-43150]

10/5/95          Statement Of Operations from 8/1/95 to 8/31/95 for Case No.
                 92-44476 (Stephen Blair Apts., Inc.). (EOD Date: 10/10/95.
                 Doc. No: 551) (ss) [EOD 10/10/95] [92-43150]

10/10/95         Statement Of Operations from 8/1/95 to 8/31/95 for Case No.
                 92-43149 (EOD Date: 10/11/95. Doc. No: 552) (pj)
                 [EOD 10/11/95] [92-43150]

10/10/95         Statement Of Operations from 8/1/95 to 8/31/95 for Case No.
                 92-43384 (Stephen Blair Investment Co.) (EOD Date:
                 10/11/95. Doc. No: 553) (pj) [EOD 10/11/95] [92-43150]

10/13/95         Statement Of Operations from 8/1/95 to 8/31/95 (EOD Date:
                 10/13/95. Doc. No: 554) (pj) [EOD 10/13/95] [92-43150]

10/20/95         Reply By Attorney Allan Harris of Ravin Greenberg & Marks,
                 P.A. Attorneys for Robert M. Felzenberg and Barbara M.
                 Felzenberg To [516-1] Opposition Brief/Memorandum by Shaw
                 Licitra P.C. . (EOD Date: 10/24/95. Doc. No: 555) (pj)
                 [EOD 10/24/95] [92-43150]

10/27/95         Second Revised [547-1] Disclosure Statement submitted by
                 Chapter 11 Trustee. (EOD Date: 10/30/95. Doc. No: 556) (pj)
                 [EOD 10/30/95] [92-43150]

10/30/95         Order Signed On: 10/27/95 RE: Order Approving Revised
                 Disclosure Statement; [Doc. NO. 556]; Confirmation Hearing
                 Scheduled 10:00 a.m. on 11/29/95 Courtroom 601 (CB); Last
                 day to file Ballots: 5:00 11/21/95; Last Day for Objections
                 To Confirmation: 11/21/95 (EOD Date: 10/30/95. Doc. No:
                 557) (pj) [EOD 10/30/95] [92-43150]

10/31/95         Affidavit Of Service Of [556-1] Disclosure Statement (EOD
                 Date: 11/2/95. Doc. No: 558) (pj) [EOD 11/02/95]
                 [92-43150]

11/6/95          Certification By Debtor Barbara M. Felzenberg in response
                 to [515-1] Objection          by John S. Pereira to convert case
                 #92-45415 to Chapter 7. (EOD Date: 11/7/95. Doc. No: 559)
                          (lc) [EOD 11/07/95] [92-43150]

11/6/95          Certification by Debtor Robert M. Felzenberg in response to
                  Re: [515-1] Chapter 11 Trustee's Objection to motion by
                 Felzenbergs to convert case #92-45415 to chapter 7. (EOD
                 Date: 11/8/95. Doc. No: 560) (lc) [EOD 11/08/95]
                 [92-43150]

| | |
|---|---|
| 11/8/95 | Order   Signed On: 11/6/95 Denying [0-1] N/M by Debtor's Robert and Barbara M. Felzenberg To Convert (Their) Case (#92-45415) From Chapter 11 to Chapter 7          (ORIGINAL Mtn entered on case #92-45415, Doc. #78.)          (EOD Date: 11/8/95. Doc. No: 561) (lc) [EOD 11/08/95] [92-43150] |
| 11/13/95 | Statement Of Operations from 9/1/95 to 9/30/95 (EOD Date: 11/14/95. Doc. No: 562) (pj) [EOD 11/14/95]          [Edit date 02/06/96] [92-43150] |
| 11/22/95 | Trustee's Interim Report for the Month of June, 1995.          (for case #92-44478). (EOD Date: 11/24/95. Doc. No: 563) (lc) [EOD 11/24/95] [92-43150] |
| 11/22/95 | Trustee's Interim Report for the Month of June, 1995. ( for case #'s 92-43149 and 92-43150).          (EOD Date: 11/24/95. Doc. No: 564) (lc) [EOD 11/24/95] [92-43150] |
| 11/22/95 | Application By Special Counsel to Chapter 11 trustee John S. Pereira, Anderson Kill Olick & Oshinsky For First Interim Compensation ( Fees: $ 630,883.28, ) (EOD Date: 11/24/95. Doc. No: 565) (pj) [EOD 11/24/95] [92-43150] |
| 11/22/95 | Notice of Hearing RE: [565-1] Application For First Interim Compensation ( Fees: $ 630,883.28, ) by Anderson Kill Olick & Oshinsky Schedule For 12/14/95 at Courtroom 601 (CB) (EOD Date: 11/24/95. Doc. No: 566) (pj) [EOD 11/24/95] [92-43150] |
| 11/22/95 | Affidavit Of Service Of [565-1] Application For First Interim Compensation ( Fees: $ 630,883.28, ) by Anderson Kill Olick & Oshinsky, [566-1] Notice of Hearing (EOD Date: 11/24/95. Doc. No: 567) (pj) [EOD 11/24/95] [92-43150] |
| 11/22/95 | Trustee's Interim Report for the month of June, 1995. (EOD Date: 11/24/95. Doc. No: 568) (lc) [EOD 11/24/95] [92-43150] |
| 11/22/95 | Trustee's Interim Report for the month of May, 1995, for case #92-44478. (EOD Date: 11/24/95. Doc. No: 569) (lc) [EOD 11/24/95] [92-43150] |
| 11/22/95 | Trustee's Interim Report for the month of May, 1995 for case #'s 92-43149 and 92-43150.          (EOD Date: 11/24/95. Doc. No: 570) (lc) [EOD 11/24/95] [92-43150] |
| 11/22/95 | Trustee's Interim Report for the month of May, 1995 for case #92-45415.          (EOD Date: 11/24/95. Doc. No: 571) (lc) [EOD 11/24/95] [92-43150] |

11/22/95        (Second Interim) Application By Accountant Price Waterhouse
                LLP (as responsible officer of Debtors, as accountants and
                consultants to Debtors and as accountants and consultants
                to John S. Pereira, Esq., Trustee of Payroll Express Corp.
                and Payroll Express Corp. of NY.) For Compensation ( Fees:
                $ 1,601,989.00,      Expenses: $ 62,955.00) . (EOD Date:
                11/27/95. Doc. No: 572) (lc) [EOD 11/27/95] [92-43150]

11/22/95        Exhibit E-1 RE: [572-1] Application For Compensation (
                Fees: $ 1,601,989.00,      Expenses: $ 62,955.00) by Price
                Waterhouse LLP (EOD Date: 11/27/95. Doc. No: 573) (lc)
                [EOD 11/27/95] [92-43150]

11/22/95        Statement Of Operations from 5/1/95 to 5/31/95 (EOD Date:
                11/27/95. Doc. No: 574) (pj) [EOD 11/27/95] [92-43150]

11/22/95        Statement Of Operations from 6/6/95 to 6/27/95 (Stephen
                Blair Investment Co.       Also same company for Doc. No. 574
                (EOD Date: 11/27/95. Doc. No: 575) (pj) [EOD 11/27/95]
                [92-43150]

11/22/95        Trustee's Interim Report for the month of May, 1995, for
                case #92-44476.   (EOD Date: 11/27/95. Doc. No: 576) (lc)
                [EOD 11/27/95] [92-43150]

11/22/95        Trustee's Interim Report for the month of June, 1995 for
                case #92-44476. (EOD Date: 11/27/95. Doc. No: 577) (lc)
                [EOD 11/27/95] [92-43150]

11/24/95        Trustee's Interim Report for the month of August, 1995 for
                case #92-43384. (EOD Date: 11/27/95. Doc. No: 578) (lc)
                [EOD 11/27/95] [92-43150]

11/24/95        Trustee's Interim Report for the month of August, 1995 for
                case #45415. (EOD Date: 11/27/95. Doc. No: 579) (lc)
                [EOD 11/27/95] [92-43150]

11/24/95        Trustee's Interim Report for the month of August, 1995 for
                case #92-44478. (EOD Date: 11/27/95. Doc. No: 580) (lc)
                [EOD 11/27/95] [92-43150]

11/24/95        Affidavit Of Service Of [553-1] Operations Report (EOD
                Date: 11/27/95. Doc. No: 581) (pj) [EOD 11/27/95]
                [92-43150]

11/27/95        Notice of Hearing RE: [572-1] Application For Compensation
                ( Fees: $ 1,601,989.00,      Expenses: $ 62,955.00) by Price
                Waterhouse LLP Scheduled For 10:00 12/14/95 at Courtroom
                601 (CB), [565-1] Application For First Interim
                Compensation ( Fees: $ 630,883.28, ) by Anderson Kill Olick
                & Oshinsky and two other applications [not on file]
                Scheduled For 10:00 12/14/95 at Courtroom 601 (CB) (EOD
                Date: 11/27/95. Doc. No: 582) (pj) [EOD 11/27/95]
                [92-43150]

11/27/95          Application By Attorney Shaw Licitra et.al., P.C. For
                  Compensation ( Fees: $ 449,075.00,      Expenses: $ 29,186.44)
                  . (EOD Date: 11/28/95. Doc. No: 583) (lc) [EOD 11/28/95]
                  [92-43150]

11/27/95          Application By Trustee John Pereira For Compensation (
                  Fees: $ 43,223.79, ) . (EOD Date: 11/28/95. Doc. No: 584)
                                  (lc) [EOD 11/28/95] [92-43150]

11/27/95          Exhibits A through K RE: [583-1] Application For
                  Compensation ( Fees: $ 449,075.00,      Expenses: $ 29,186.44)
                  by Shaw Licitra et.al., P.C., Atty for Trustee. (EOD Date:
                  11/28/95. Doc. No: 585) (lc) [EOD 11/28/95] [92-43150]

11/28/95          Statement Of Operations    from October 1, 1995 to October 31,
                  1995 For Case # 92-45415 (EOD Date: 11/29/95. Doc. No: 586)
                  (lc) [EOD 11/29/95] [Edit date 11/30/95] [92-43150]

11/28/95          Statement Of Operations    from October 1, 1995 to October
                  31, 1995.    For case #92-44476.    (EOD Date: 11/29/95. Doc.
                  No: 587) (lc) [EOD 11/29/95] [92-43150]

11/29/95          Certification of Ballots filed by Atty for Debtor Barbara
                  M. Felzenberg, Debtor Robert M. Felzenberg.      For case
                  #92-45415.    (EOD Date: 11/29/95. Doc. No: 588) (lc)
                  [EOD 11/29/95] [92-43150]

11/29/95          Statement Of Operations    from October 1, 1995 to October
                  31, 1995 (EOD Date: 11/29/95. Doc. No: 589) (lc)
                  [EOD 11/29/95] [92-43150]

11/29/95          Supplement By Attorney Shaw Licitra et.al., P.C. Re:
                  [585-1] exhibits. (EOD Date: 12/4/95 DOC. No: 593) (lc)
                  [EOD 12/04/95] [92-43150]

11/29/95          Statement Of Operations from October 1, 1995 to October 31,
                  1995 filed by Trustee for case #92-43384, Stephen Blair
                  Investment Co., Inc.      (EOD Date: 12/11/95. Doc. No: 605) (lc)
                  [EOD 12/11/95] [92-43150]

11/30/95          Order Signed On: 11/29/95 RE: Order Confirming Second
                  Revised Liquidating Plan of Reorganization filed by Trustee
                  John S. Pereira, on behalf of Robert M. and Barbara M.
                  Felzenberg, Debtors (case #92-45415).      (Second revised
                  liquidating Plan NOT on file).        (EOD Date: 11/30/95. Doc.
                  No: 590) (lc) [EOD 11/30/95] [92-43150]

11/30/95          Statement Of Operations    from September 1, 1995 to
                  September 30, 1995, for case #92-43149, Payroll Express
                  Corporation of New York.      (EOD Date: 12/4/95. Doc. No:
                  594) (lc) [EOD 12/04/95] [92-43150]

11/30/95          Statement Of Operations     from October 1, 1995 to October
                  31, 1995, for case #92-43149, Payroll Express Corporation
                  of New York.     (EOD Date: 12/4/95. Doc. No: 595) (lc)
                  [EOD 12/04/95] [92-43150]

11/30/95          Statement Of Operations     from September 1, 1995 to
                  September 30, 1995 for case #92-44478, Payroll Properties,
                  Inc. (EOD Date: 12/4/95. Doc. No: 596) (lc) [EOD 12/04/95]
                  [92-43150]

11/30/95          Statement Of Operations     from October 1, 1995 to October
                  31, 1995 for case #92-44478, Payroll Properties, Inc.          (EOD
                  Date: 12/4/95. Doc. No: 597) (lc) [EOD 12/04/95]
                  [92-43150]

11/30/95          Statement Of Operations     from September 1, 1995 to
                  September 30, 1995 for case #92-45415, Robert and Barbara
                  Felzenberg.     (EOD Date: 12/4/95. Doc. No: 598) (lc)
                  [EOD 12/04/95] [92-43150]

11/30/95          Statement Of Operations     from October 1, 1995 to October
                  31, 1995 for case #92-45415, Robert and Barbara Felzenberg.
                  (EOD Date: 12/4/95. Doc. No: 599) (lc) [EOD 12/04/95]
                  [92-43150]

11/30/95          Statement Of Operations     from September 1, 1995 to
                  September 30, 1995 for case #92-43384, Stephen Blair
                  Investment Corp. •(EOD Date: 12/4/95. Doc. No: 600) (lc)
                  [EOD 12/04/95] [92-43150]

11/30/95          Statement Of Operations     from October 1, 1995 to October
                  31, 1995 for case #92-43384, Stephen Blair Investment Corp.
                  (EOD Date: 12/4/95. Doc. No: 601) (lc) [EOD 12/04/95]
                  [92-43150]

11/30/95          Statement Of Operations     from September 1, 1995 to
                  September 30, 1995 for case #92-44476, Stephen Blair
                  Apartments. (EOD Date: 12/4/95. Doc. No: 602) (lc)
                  [EOD 12/04/95] [92-43150]

11/30/95          Statement Of Operations     from October 1, 1995 to October
                  30, 1995 for case #92-44476, Stephen Blair Apartments.
                  (EOD Date: 12/4/95. Doc. No: 603) (lc) [EOD 12/04/95]
                  [92-43150]

12/1/95           Second Revised Liquidating Plan filed by Chapter 11
                  Trustee, John S. Pereira for Debtors Robert M. and Barbara
                  M. Felzenberg, case #92-45415.     (EOD Date: 12/1/95 Document
                  No: 591). (lc) [EOD 12/01/95] [92-43150]

12/1/95           Post Confirmation Order and Notice     Signed on: 12/1/95.
                  Post Confirmation Report Due on 1/16/96 ; Last Date to Pay
                  Special Charges Due on 12/29/95 ; Final Decree/Case Closing
                  Due on 5/29/96 (EOD Date: 12/1/95. Doc. No: 592) (lc)

                    [EOD 12/01/95] [92-43150]

12/7/95          Objection By United States Trustee To [565-1] Application
                 For First Interim Compensation ( Fees: $ 630,883.28, ) by
                 Anderson Kill Olick & Oshinsky, [583-1] Application For
                 Compensation ( Fees: $ 449,075.00, Expenses: $ 29,186.44)
                 by Shaw Licirta et.al., P.C., [572-1] Application For
                 Compensation ( Fees: $ 1,601,989.00, Expenses: $ 62,955.00)
                 by Price Waterhouse LLP, [584-1] Application For
                 Compensation ( Fees: $ 43,223.79, ) by John Pereira . (EOD
                 Date: 12/8/95. Doc. No: 604) (lc) [EOD 12/08/95]
                 [92-43150]

12/8/95          (copy) Notice of Entry of Service By Trustee John Pereira
                 Of [590-1] Order Confirming Chapter 11 Plan.          (EOD Date:
                 12/11/95. Doc. No: 606) (lc) [EOD 12/11/95] [92-43150]

12/8/95          Affidavit Of Service Of [584-1] Application For
                 Compensation ( Fees: $ 43,223.79, ) by John Pereira (EOD
                 Date: 12/19/95. Doc. No: 610) (lc) [EOD 12/19/95]
                 [92-43150]

12/13/95         Notice of Entry of Service By Trustee John Pereira Of
                 [590-1] Order Confirming Chapter 11 Plan for Robert and
                 Barbara M. Felzenberg, case #92-45415.          (EOD Date:
                 12/15/95. Doc. No: 607) (lc) [EOD 12/15/95] [92-43150]

12/13/95         Affidavit Of Service RE: [607-1] Notice of Entry of Service
                  by John Pereira (EOD Date: 12/18/95. Doc. No: 609) (lc)
                 [EOD 12/18/95] [92-43150]

12/15/95         Order Signed On: 12/14/95 Granting [583-1] Application For
                 Compensation (Fees: $449,075.00,     Expenses: $29,186.44) by
                 Shaw Licitra et.al., Atty for Trustee; P.C. payment to Shaw
                 Licitra Parente Esernio & Schwartz of $442927.50 in fees
                 and $29186.64 in expenses.       Granting [572-1] Application
                 For Compensation (Fees: $1,601,989.00,     Expenses:
                 $62,955.00) by Price Waterhouse LLP, Accountant for Trustee;
                     payment to Price Waterhouse LLP of $1598989.00 in fees
                 and $53934.29 in expenses.       Granting [565-1] Application
                 For First Interim Compensation (Fees: $ 630,883.28) by
                 Anderson Kill Olick & Oshinsky, Special Counsel for Trustee;
                     payment to Anderson Kill Olick & Oshinsky of $568156.30
                 in fees and $59891.38 in expenses.       Granting [584-1]
                 Application For Compensation (Fees: $43,223.79) by John
                 Pereira, Trustee; payment to John Pereira of $42223.79 in
                 fees . (EOD Date: 12/15/95. Doc. No: 608) (lc)
                 [EOD 12/15/95] [92-43150]

1/2/96           Statement Of Operations     from November 1, 1995 to November
                 30, 1995 (For case #92-45415)(EOD Date: 1/3/96. Doc. No:
                 611) (lc) [EOD 01/03/96] [Edit date 01/04/96]
                 [92-43150]

| | |
|---|---|
| 1/2/96 | Statement Of Operations from 11/1/95 to 11/30/95 for case no. 92-44476 Stephen Blair Apts., Inc. (EOD Date: 1/4/96. Doc. No: 613) (pj) [EOD 01/04/96] [92-43150] |
| 1/3/96 | Supplemental Order Signed On: 12/29/95, Effecting non-material amendment to second revised liquidating Plan of reorganization of Robert M. And Barbara M. Felzenberg and Order Confirming Plan.    To Amend Document [591-1] Second Revised Liquidating Plan of Robert M. and Barbara M. Felzenberg, AND [590-1] Order Confirming Chapter 11 Plan of Robert M. and Barbara M. Felzenberg.    Plan and Confirmation Order are deemed amended to provide that First Fidelity Bank, N.A.'s class D claim is deemed impaired pursuant to 11 U.S.C. {}1124.    (RE: Case #92-45415.) (EOD Date: 1/3/96. Doc. No: 612) (lc) [EOD 01/03/96] [92-43150] |
| 1/3/96 | Letter dated 12/18/95 Filed by    Attorney John H. Hall Re: 341A Meeting scheduled for 12/21/95 has been adjourned to 3/28/96 at 10:00, at the office of the UST.    (EOD Date: 1/4/96. Doc. No: 614) (lc) [EOD 01/04/96] [92-43150] |
| 1/10/96 | Statement Of Operations    from November 1, 1995 to November 30, 1995 for case #92-43149.    (EOD Date: 1/10/96. Doc. No: 615) (lc) [EOD 01/10/96] [92-43150] |
| 1/10/96 | Statement Of Operations from November 1, 1995 to November 30, 1995 For Case No.: 92-43384 (EOD Date: 1/17/96. Doc. No: 616) (as) [EOD 01/17/96] [92-43150] |
| 1/19/96 | Affidavit Of Service Of Notice of Hearing to Consider Application of Stephen T. Mashel, Esq. for Allowance of Interim Compensation as Special Counsel to the Trustee. (EOD Date: 1/19/96. Doc. No: 617) (ss) [EOD 01/19/96] [92-43150] |
| 1/22/96 | Certification of Services by Stephen T. Mashel- Special Counsel to Trustee, RE: Application for Allowance of Interim Compensation; RET: 2/15/96 at 10:00AM (Notice of Hearing Attached) [ APPLICATION NOT FILED WITH COURT ] (EOD Date: 2/7/96. Doc. No: 620) (pm) [EOD 02/07/96] [92-43150] |
| 1/31/96 | Statement Of Operations from 12/1/95 to 12/31/95 (For Case #92-44476) (EOD Date: 1/31/96. Doc. No: 618) (ac) [EOD 01/31/96] [Edit date 02/06/96] [92-43150] |
| 2/5/96 | So Ordered Stipulation    Signed 1/31/96, by and between Moses & Singer, and Loeb & Loeb LLP To Substitute Attorneys: Loeb & Loeb LLP    For Old Attorneys: Moses & Singer    (EOD Date: 2/5/96. Doc. No: 619) (pm) [EOD 02/05/96] [92-43150] |

2/13/96        Statement by    United States Trustee United States Trustee
               Re: Application for Interim Compensation as per [620-1]
               Certificate in Support [ APPLICATION NOT FILED WITH COURT ]
               (EOD Date: 2/13/96. Doc. No: 621) (pm) [EOD 02/13/96]
               [92-43150]

2/15/96        Order Signed On: 2/15/96 RE: [620-1] Document       by Stephen
               T. Mashel, For Compensation ( Fees: $ 26,476.88, Expenses:
               $ 584.16) payment to Stephen T. Mashel of $26476.88 in fees
               and $584.16 in expenses . (EOD Date: 2/15/96. Doc. No:
               622) (lc) [EOD 02/15/96] [92-43150]

2/15/96        Statement Of Operations from 12/01/95 to 12/31/95 for Case
               #92-B-43384(CB) (EOD Date: 2/20/96. Doc. No: 623) (pm)
               [EOD 02/20/96] [92-43150]

2/15/96        Statement Of Operations from 12/01/95 to 12/31/95 for Case
               #92-B-43149(CB) (EOD Date: 2/20/96. Doc. No: 624) (pm)
               [EOD 02/20/96] [92-43150]

2/21/96        Letter dated 2/20/96 Filed by Barbara M. Felzenberg-
               Administratrix of the Estate of Robert Gussow Re: Objecting
               to the Oral Motion Relieving Mr. George Graff as Counsel
               for the Estate of Robert Gussow (EOD Date: 2/23/96. Doc.
               No: 625) (pm) [EOD 02/23/96] [92-43150]

2/27/96        Complaint (96-8211) John S. Pereira, Esq. as Ch.11 Trustee
               vs. Robert M. Felzenberg, et al . NOS 424 Objection To
               Discharge (727) . ( Filing Fee $ 120.00 Receipt # Charged
               to Estate) (EOD Date: 2/28/96. Doc. No: 1) (pj)
               [EOD 02/28/96] [96-8211]

3/5/96         Statement Of Operations from 1/01/96 to 1/31/96 for Case
               #92-B-45415(CB) (EOD Date: 3/5/96. Doc. No: 626) (pm)
               [EOD 03/05/96] [92-43150]

4/4/96         Statement Of Operations    from 2/01/96 to 2/29/96 (for Case
               92-B-45415) (EOD Date: 4/4/96. Doc. No: 627) (pm)
               [EOD 04/04/96] [92-43150]

4/4/96         Statement Of Operations    from February 1, 1996 to February
               29, 1996 (EOD Date: 4/4/96. Doc. No: 628) (lc)
               [EOD 04/04/96] [92-43150]

4/4/96         Statement Of Operations    from February 1, 1996 to February
               29, 1996 for case #92-44476.      (EOD Date: 4/4/96. Doc. No:
               629) (lc) [EOD 04/04/96] [92-43150]

4/4/96         Statement Of Operations from February 1, 1996 to February
               29, 1996 for Case No.: 92-43384 (EOD Date: 4/4/96. Doc. No:
               630) (as) [EOD 04/04/96] [92-43150]

4/19/96          Transcript of Hearing Held on April 2, 1996          RE: 96-8211,
                 Adj Pre-Trial Conference;          93-8328  Adj Pre-Trial
                 Conference;   93-9339  Adj Pre-Trial Conference;          93-8328
                 Adj Pre-Trial Conference;          92-1222  Adj OSC for Temporary
                 Restraining Order.          (EOD Date: 4/22/96. Doc. No: 631) (lc)
                 [EOD 04/22/96] [92-43150]

5/1/96           Statement Of Operations     from 3/01/96 to 3/31/96 for Case
                 92-B-43149 (EOD Date: 5/1/96. Doc. No: 632) (pm)
                 [EOD 05/01/96] [92-43150]

5/1/96           Statement Of Operations from March 1, 1996 to March 31,
                 1996 For Case No.: 92-43384 (EOD Date: 5/2/96. Doc. No:
                 633) (as) [EOD 05/02/96] [92-43150]

5/7/96           Statement Of Operations     from 3/01/96 to 3/31/96 for Case
                 92-B-45415 (EOD Date: 5/7/96. Doc. No: 634) (pm)
                 [EOD 05/07/96] [92-43150]

5/29/96          Statement Of Operations     from 4/1/96 to 4/30/96 (EOD Date:
                 5/30/96. Doc. No: 635) 92B43149 (rc) [EOD 05/30/96]
                 [92-43150]

5/29/96          Statement Of Operations from 4/1/96 to 4/30/96 For Case
                 Number 92-43384 (EOD Date: 5/30/96. Doc. No: 636) (as)
                 [EOD 05/30/96] [Edit date 05/30/96] [92-43150]

6/3/96           Statement Of Operations     from March 1, 1996 to March 31,
                 1996 (EOD Date: 6/4/96. Doc. No: 637) (lc) [EOD 06/04/96]
                 [92-43150]

6/11/96          Change in amount of Bond of Trustee and Approval.          from
                 $65,000.00 to $305,000.00 With Seaboard Surety Company As
                 Surety. (EOD Date: 6/11/96. Doc. No: 638) (lc)
                 [EOD 06/11/96] [92-43150]

6/11/96          Bond of Trustee and Approval     In Amount of $ 1,400,000.00
                 With Fidelity and Deposit Company of Maryland As Surety.
                 (for case #92-43384).     (EOD Date: 6/11/96. Doc. No: 639) (lc)
                 [EOD 06/11/96] [92-43150]

6/12/96          Statement Of Operations     from April 1, 1996 to April 31,
                 1996 ( for Case# 92-45415 ) (EOD Date: 6/13/96. Doc. No:
                 640) (tm) [EOD 06/13/96] [92-43150]

6/12/96          Statement Of Operations     from April 1, 1996 to April 31,
                 1996 ( for Case# 92-44476 ) (EOD Date: 6/13/96. Doc. No:
                 641) (tm) [EOD 06/13/96] [92-43150]

6/14/96          Bond of Trustee and Approval With Seaboard Surety Company
                 As Surety ( Changing from Opertating to Liquidating Bond) .
                 (EOD Date: 6/14/96. Doc. No: 642) (tm) [EOD 06/14/96]
                 [92-43150]

6/24/96        Application By Howard S. Greenberg of Ravin, Greenberg &
               Marks, P.A.- Attorneys for Debtors Robert M. Felzenberg and
               Barbara M. Felzenberg For Final Allowance of Compensation
               ( Fees: $ 65,534.50 (and holdback of $170,624.50),
               Expenses: $ 4,318.96 (and holdback of $11,372.45) for a
               total of $251,850.41) (for Case 92-45415; RET: 7/31/96 at
               10:00AM . (EOD Date: 6/24/96. Doc. No: 643) (pm)
               [EOD 06/24/96] [92-43150]

6/24/96        Notice of Hearing RE: [643-1] Application For Final
               Allowance of Compensation ( Fees: $ 65,534.50 (and holdback
               of $170,624.50), Expenses: $ 4,318.96 (and holdback of
               $11,372.45) for a total of $251,850.41) by Ravin, Greenberg
               & Marks, P.A. Scheduled For 10:00 7/31/96 at Courtroom 601
               (CB) (for Professionals retained in the Robert M.
               Felzenberg and Barbara M. Felzenberg Chapter 11 Case (Case
               No. 92-B-45415(CB) and Stephen-Blair Apartments, Inc., Case
               No. 92-B-44476(CB) ) (EOD Date: 6/24/96. Doc. No: 644) (pm)
               [EOD 06/24/96] [92-43150]

6/27/96        Statement Of Operations from 5/1/96 to 5/31/96 for Case No.
               92-45415 (EOD Date: 6/27/96. Doc. No: 645) (pj)
               [EOD 06/27/96] [92-43150]

7/1/96         Statement Of Operations    from May 1, 1996 to May 31, 1996
               for Case 92-43384 (EOD Date: 7/2/96. Doc. No: 646) (as)
               [EOD 07/02/96] [Edit date 07/02/96] [92-43150]

7/1/96         Statement Of Operations from May 1, 1996 to May 31, 1996
               for case# 92-43149.    (EOD Date: 7/15/96. Doc. No: 648) (lc)
               [EOD 07/15/96] [92-43150]

7/10/96        Transcript of Hearing Held on 6/11/96        RE: for an order to
               recover attorneys fees.      (EOD Date: 7/11/96. Doc. No: 647)
               (lc) [EOD 07/11/96] [92-43150]

7/23/96        Affidavit by Creditor New York City Transit Authority in
               Opposition to RE: [643-1] Application For Final Allowance
               of Compensation ( Fees: $ 65,534.50 (and holdback of
               $170,624.50), Expenses: $ 4,318.96 (and holdback of
               $11,372.45) for a total of $251,850.41) by Ravin, Greenberg
               & Marks, P.A., Attorney for Robert M. and Barbara M.
               Felzengerg, case #92-45415 (CB).      (EOD Date: 7/24/96. Doc.
               No: 649) (lc) [EOD 07/24/96] [92-43150]

7/25/96        Objection By    Trustee John Pereira       To [643-1] Application
               For Final Allowance of Compensation ( Fees: $ 65,534.50
               (and holdback of $170,624.50), Expenses: $ 4,318.96 (and
               holdback of $11,372.45) for a total of $251,850.41) by
               Ravin, Greenberg & Marks, P.A. . (EOD Date: 7/25/96. Doc.
               No: 650) (pm) [EOD 07/25/96] [92-43150]

7/25/96          Affidavit Of Service by Allan M. Harris Of [644-1] Notice
                 of Hearing (for Case 92-45415) (EOD Date: 7/25/96. Doc. No:
                 651) (pm) [EOD 07/25/96] [92-43150]

7/31/96          Statement Of Operations    from June 1, 1996 to June 30, 1996
                 (EOD Date: 7/31/96. Doc. No: 652) (lc) [EOD 07/31/96]
                 [92-43150]

7/31/96          Statement Of Operations    from June 1, 1996 to June 30, 1996
                 for case #92-43384.     (EOD Date: 8/1/96. Doc. No: 653) (lc)
                 [EOD 08/01/96] [92-43150]

8/7/96           Statement Of Operations     from 6/01/96 to 6/30/96 (for Case
                 92-45415) (EOD Date: 8/8/96. Doc. No: 654) (pm)
                 [EOD 08/08/96] [92-43150]

8/7/96           Statement Of Operations    from June 1, 1996 to June 30, 1996
                 for case #92-44476.     (EOD Date: 8/9/96. Doc. No: 655) (lc)
                 [EOD 08/09/96] [92-43150]

8/8/96           Transcript of Hearing Held on 7/15/96       RE: (Adv. Proc.
                 #96-8211) pre-trial conference;       OSC for order directing
                 Dime Savings Bank to provide access to safe deposit box.
                 (EOD Date: 8/12/96. Doc. No: 657) (lc) [EOD 08/12/96]
                 [92-43150]

8/8/96           Transcript of Hearing Held on 7/30/96       RE:  (Adv. Proc.
                 #96-8211) pre-trial conference;       Mtn for leave to amend
                 complaint;     (Adv. Proc. #93-9328) N/M to extnd time to
                 respond to interrogatories;       Hrg to recover Attorney Fees;
                 and pre-trial conference; (Adv. Proc. #92-1222) pre-trial
                 conference. OSC RE: TRO. (EOD Date: 8/12/96. Doc. No: 658)
                 (lc) [EOD 08/12/96] [92-43150]

8/9/96           (copy) Notice of Hearing RE:       Application for Compensation
                 by Stephan T. Mashel, Esq., Special Counsel for Trustee.
                 (application NOT on file).       (EOD Date: 8/12/96. Doc. No:
                 656) (lc) [EOD 08/12/96] [92-43150]

8/12/96          (original) Notice of Hearing on 9/5/96 at 10:00 RE:
                 Application for Compensation by Stephan T. Mashal, Special
                 Counsel for Trustee.       (Application NOT on file).       (EOD
                 Date: 8/13/96. Doc. No: 659) (lc) [EOD 08/13/96]
                 [92-43150]

8/27/96          Statement Of Operations    from 7/01/96 to 7/31/96 (for Case:
                 92-45415) (EOD Date: 8/27/96. Doc. No: 660) (pm)
                 [EOD 08/27/96] [92-43150]

8/28/96          Statement by United States Trustee Re:       Application by
                 Stephan T. Mashel, Esq. of Esernio & Schwartz, P.C.,
                 special counsel to Trustee for compensation for period
                 12/26/95 to 7/15/96.       (Application NOT on file). (EOD Date:
                 8/29/96. Doc. No: 661) (lc) [EOD 08/29/96] [92-43150]

8/28/96          Affidavit Of Service RE: [661-1] Statement          by United
                 States Trustee (EOD Date: 8/29/96. Doc. No: 662) (lc)
                 [EOD 08/29/96] [92-43150]

9/5/96           Statement Of Operations     from July 1, 1996 to July 31, 1996
                 For Case No.: 92-´3384 (EOD Date: 9/5/96. Doc. No: 663) (as)
                 [EOD 09/05/96] [92-43150]

9/5/96           Statement Of Operations     from July 1, 1996 to July 31, 1996
                 for case #92-43149.     (EOD Date: 9/6/96. Doc. No: 664) (lc)
                 [EOD 09/06/96] [92-43150]

9/5/96           Order Signed On: 9/5/96, For Compensation ( Fees: $
                 42,718.64,    Expenses: $ 602.22) (Application NOT on file).
                 payment to Stephen T. Mashel of $42718.64 in fees and
                 $602.22 in expenses . (EOD Date: 9/9/96. Doc. No: 665) (lc)
                 [EOD 09/09/96] [92-43150]

9/6/96           Transcript of Hearing Held on 7/31/96       RE: [643-1]
                 Application For Final Allowance of Compensation ( Fees: $
                 65,534.50 (and holdback of $170,624.50), Expenses: $
                 4,318.96 (and holdback of $11,372.45) for a total of
                 $251,850.41) by Ravin, Greenberg & Marks, P.A. (for Case
                 92-45415) (EOD Date: 9/9/96. Doc. No: 666) (pm)
                 [EOD 09/09/96] [92-43150]

9/6/96           Transcript of Hearing Held on 8/4/96        RE: 93-1086A,
                 pretrial conference;      94-8297A pretrial conference;      N/M to
                 enforce stip and order dtd 4/18/95, authorizing
                 distribution of proceeds of sale of 19 Deman Place,
                 Hillside NJ;      Cross Mtn to surcharge net proceeds of sale
                 of apartments;     Hrg on application for compensation; Notice
                 of intent to sell Debtor's interes in Alum Lion Limited
                 Partnership.     (EOD Date: 9/10/96. Doc. No: 667) (lc)
                 [EOD 09/10/96] [92-43150]

9/9/96           Letter dated 8/27/96 by Law Clerk of Judge Blackshear to
                 Rabbi Moshe Herson, Dean Rabbinical College of America Re:
                 Rabbi's letter dated 8/27/96, letter seeks legal advice and
                 is in form of ex parte communication.         Letter was forwarded
                 to appropriate Attorneys handling this matter.         (EOD Date:
                 9/10/96. Doc. No: 668) (lc) [EOD 09/10/96] [92-43150]

9/23/96          Statement Of Operations     from 8/01/96 to 8/31/96 for Case
                 92-45415 (EOD Date: 9/24/96. Doc. No: 669) (pm)
                 [EOD 09/24/96] [92-43150]

9/23/96          Statement Of Operations     from 8/01/96 to 8/31/96 for Case
                 92-44476 (EOD Date: 9/24/96. Doc. No: 670) (pm)
                 [EOD 09/24/96] [92-43150]

10/3/96          Statement Of Operations from August 1,1996 to August 31,
                 1996 for Case# 92B43384 (EOD Date: 10/7/96. Doc. No: 671)

|  |  |
|---|---|
|  | (tm) [EOD 10/07/96] [92-43150] |
| 10/3/96 | Statement Of Operations from August 1, 1996 to August 31, 1996 for Case# 92B43149 (EOD Date: 10/7/96. Doc. No: 672) (tm) [EOD 10/07/96] [92-43150] |
| 10/10/96 | Statement Of Operations from August 1, 1996 to August 31, 1996 for Case# 92B43149 (EOD Date: 10/11/96. Doc. No: 673) (tm) [EOD 10/11/96] [92-43150] |
| 10/11/96 | Disposition of Adversary (94-8426) Granting [1-1] Complaint NOS 454 Recover Money/Property (EOD Date: 10/11/96) (lc) [EOD 10/11/96] [94-8426] |
| 10/11/96 | Statement Of Operations     from July 1, 1996 to July 31, 1996 for case #92-43150.     (EOD Date: 10/15/96. Doc. No: 674) (lc) [EOD 10/15/96] [92-43150] |
| 10/15/96 | Statement Of Operations     from May 1, 1996 to May 31, 1996 (EOD Date: 10/15/96. Doc. No: 675) (lc) [EOD 10/15/96] [92-43150] |
| 10/18/96 | Statement Of Operations     from May 1, 1996 to May 31, 1996 for case #92-43384.     (EOD Date: 10/21/96. Doc. No: 676) (lc) [EOD 10/21/96] [92-43150] |
| 10/18/96 | Statement Of Operations     from July 1, 1996 to July 31, 1996 for case #92-43384. (EOD Date: 10/21/96. Doc. No: 677) (lc) [EOD 10/21/96] [92-43150] |
| 10/18/96 | Statement Of Operations     from August 1, 1996 to August 31, 1996 for case #92-43384.     (EOD Date: 10/21/96. Doc. No: 678) (lc) [EOD 10/21/96] [92-43150] |
| 10/31/96 | Statement Of Operations     from September 1, 1996 to September 30, 1996 (EOD Date: 11/1/96. Doc. No: 679) (lc) [EOD 11/01/96] [92-43150] |
| 10/31/96 | Statement Of Operations     from September 1, 1996 to September 30, 1996 for case #92-43149.     (EOD Date: 11/1/96. Doc. No: 680) (lc) [EOD 11/01/96] [92-43150] |
| 11/7/96 | Transcript of Hearing Held on 10/10/96          RE: Various Adversary Proceedings, Status Conference and Pretrial Conference (EOD Date: 11/21/96. Doc. No: 685) (tm) [EOD 11/21/96] [92-43150] |
| 11/14/96 | Statement Of Operations     from 9/01/96 to 9/30/96 (for Case 92-45415) (EOD Date: 11/15/96. Doc. No: 681) (pm) [EOD 11/15/96] [92-43150] |
| 11/14/96 | Statement Of Operations     from 9/01/96 to 9/30/96 (for Case 92-44476) (EOD Date: 11/15/96. Doc. No: 682) (pm) [EOD 11/15/96] [92-43150] |

11/20/96          Statement Of Operations     from September 1, 1996 to
                  September 30, 1996, For Case #92-43149. (EOD Date:
                  11/20/96. Doc. No: 683) (ma) [EOD 11/20/96] [92-43150]

11/20/96          Statement Of Operations     from September 1, 1996 to
                  September 30, 1996, For Case #92-43384. (EOD Date:
                  11/20/96. Doc. No: 684) (ma) [EOD 11/20/96] [92-43150]

12/3/96           Statement Of Operations     from 10/1/96 to 10/31/96 (EOD
                  Date: 12/9/96. Doc. No: 687) 92B43149 (rc) [EOD 12/09/96]
                  [92-43150]

12/5/96           Statement Of Operations     from 10/01/96 to 10/31/96 (for
                  Case 92-45415) (EOD Date: 12/5/96. Doc. No: 686) (pm)
                  [EOD 12/05/96] [92-43150]

12/27/96          Transcript of Hearing Held on 11/29/95          RE: [590-1] Order
                  Confirming Chapter 11 Plan (Case # 92-45415) (EOD Date:
                  12/31/96. Doc. No: 688) (pm) [EOD 12/31/96] [92-43150]

1/3/97            Statement Of Operations from 11/01/96 to 11/30/96 for Case
                  92-45415 (EOD Date: 1/6/97. Doc. No: 689) (pm)
                  [EOD 01/06/97] [92-43150]

1/3/97            Statement Of Operations from 11/1/96 to 11/30/96 for Case
                  No. 92-43384, Stephen Blair Investment Co., Inc. (EOD Date:
                  1/6/97. Doc. No: 690) (pj) [EOD 01/06/97] [92-43150]

1/3/97            Statement Of Operations from November 1, 1996 to November
                  30, 1996 for Case# 92-43149 (EOD Date: 1/7/97. Doc. No:
                  691) (tm) [EOD 01/07/97] [92-43150]

1/8/97            Statement Of Operations For March 1996 For Case#92B44476
                  (EOD Date: 1/28/97. Doc. No: 696) (tm) [EOD 01/28/97]
                  [92-43150]

1/8/97            Statement Of Operations For May 1996 For Case# 92B44476 (EOD
                  Date: 1/28/97. Doc. No: 697) (tm) [EOD 01/28/97]
                       [Edit date 01/28/97] [92-43150]

1/8/97            Statement Of Operations For June 1996     For Case# 92B44476
                  (EOD Date: 1/28/97. Doc. No: 698) (tm) [EOD 01/28/97]
                       [Edit date 01/28/97] [92-43150]

1/9/97            Statement Of Operations from 03/01/96 to 03/31/96 for Case#
                  92-45415 (EOD Date: 1/10/97. Doc. No: 692) (mf)
                  [EOD 01/10/97] [92-43150]

1/9/97            Statement Of Operations from 05/01/96 to 05/31/96 for Case#
                  92-45415 (EOD Date: 1/10/97. Doc. No: 693) (mf)
                  [EOD 01/10/97] [92-43150]

| | |
|---|---|
| 1/9/97 | Statement Of Operations from 06/01/96 to 06/30/96 for Case# 92-45415 (EOD Date: 1/10/97. Doc. No: 694) (mf) [EOD 01/10/97] [92-43150] |
| 1/13/97 | Statement Of Operations    from November 1, 1997 to November 30, 1997 For Case# 92B43149 (EOD Date: 1/14/97. Doc. No: 695) (tm) [EOD 01/14/97] [92-43150] |
| 1/24/97 | Statement Of Operations from December 1, 1996 to December 31, 1996 For Case# 92B43149 (EOD Date: 1/29/97. Doc. No: 699) (tm) [EOD 01/29/97] [92-43150] |
| 1/24/97 | Statement Of Operations from December 1, 1996 to December 31, 1996 For Case# 92B43384 (EOD Date: 1/29/97. Doc. No: 700) (tm) [EOD 01/29/97] [92-43150] |
| 2/6/97 | Statement Of Operations from December 1, 1996 to December 31, 1996 For Case# 92 B 45415 (EOD Date: 2/10/97. Doc. No: 701) (tm) [EOD 02/10/97] [92-43150] |
| 2/6/97 | Statement Of Operations from December 1, 1996 to December 31, 1996 For Case# 92 B 44476 (EOD Date: 2/10/97. Doc. No: 702) (tm) [EOD 02/10/97] [92-43150] |
| 2/19/97 | Transcript of Hearing Held on January 29, 1997        RE: Motion To Amend Complaint For Discharge Of Robert Felzenberg (EOD Date: 3/5/97. Doc. No: 705) (tm) [EOD 03/05/97] [92-43150] |
| 2/27/97 | Statement Of Operations from January 1, 1997 to January 31, 1997 For Case # 92B43149 (EOD Date: 2/28/97. Doc. No: 703)      (tm) [EOD 02/28/97] [92-43150] |
| 2/27/97 | Statement Of Operations    from January 1, 1997 to January 31, 1997 For Case# 92B43384 (EOD Date: 2/28/97. Doc. No: 704) (tm) [EOD 02/28/97] [92-43150] |
| 3/18/97 | Transcript of Hearing Held on 2/19/97        RE: (93-9328A) and (93-9339A) N/M Re: For an Order to dismiss Summons and Complaint. (EOD Date: 3/19/97. Doc. No: 706) (ld) [EOD 03/19/97] [92-43150] |
| 3/18/97 | Transcript of Hearing Held on 2/5/97        RE: (96-8211A) Pretrial Conference; (95-9070A) Order extending time to respond to interrogatories; amended Summons and Complaint; Amended S/C to declare rights and recover proceeds due under insurance policies; (93-9328A) Pretrial Conference; etc. (EOD Date: 3/19/97. Doc. No: 707) (ld) [EOD 03/19/97] [92-43150] |
| 3/28/97 | THIRD INTERIM Application By Special Counsel Stephen T. Mashel For Compensation ( Fees: $ 31,600.12, Expenses: $ 726.95) Notice of Hearing Attached RET 4/30/97. (EOD Date: 4/1/97. Doc. No: 709) (ld) [EOD 04/01/97] [92-43150] |

3/31/97          Motion By Trustee John Pereira Seeking Modificaiton of
                 Order of Retention of Martin Jewelers (Returnable: 10:00
                 4/23/97 Courtroom 601 (CB) ) Notice of Hearing Attached
                 (EOD Date: 4/1/97. Doc. No: 708) (ld) [EOD 04/01/97]
                 [92-43150]

4/2/97           Statement Of Operations     from February 1, 1997 to February
                 28, 1997 (EOD Date: 4/2/97. Doc. No: 710) (lc)
                 [EOD 04/02/97] [92-43150]

4/7/97           Monthly Operating Statement from 2/1/97 to 2/28/97 (EOD
                 Date: 4/8/97. Doc. No: 711) (ld) [EOD 04/08/97]
                 [92-43150]

4/7/97           Statement Of Operations from February 1, 1997 to February
                 28, 1997 For Case# 92-43149 (EOD Date: 4/9/97. Doc. No:
                 712) (tm) [EOD 04/09/97] [92-43150]

4/14/97          Objection By The United States Trustee To [709-1]
                 Application For Compensation ( Fees: $ Expenses: $ 726.95)
                 by Stephen T. Mashel . (EOD Date: 4/14/97. Doc. No: 713) (ld)
                 [EOD 04/14/97] [92-43150]

4/17/97          Objection By United States Trustee UST To [708-1] Motion
                 Seeking Modification of Order of Retention of Martin
                 Jewelers Cranford, Inc. (EOD Date: 4/17/97. Doc. No: 714)
                        (ld) [EOD 04/17/97] [92-43150]

4/23/97          Order Signed On: 4/23/97 Granting [708-1] Motion Modifying
                 Retention and Providing for Compensation of Martin Jewelers
                 Cranford, Inc. (EOD Date: 4/24/97. Doc. No: 715) (ld)
                 [EOD 04/24/97] [92-43150]

4/30/97          Order Signed On: 4/30/97 Granting [709-1] Application For
                 Compensation ( Fees: $ 31,600.12, Expenses: $ 726.95) by
                 Stephen T. Mashel payment to Stephen T. Mashel of $28440.11
                 in fees and $726.95 in expenses . (EOD Date: 5/1/97. Doc.
                 No: 716) (ld) [EOD 05/01/97] [92-43150]

5/7/97           Statement Of Operations from March 1, 1997 to March 31,
                 1997 For Case# 92 B 43149. (EOD Date: 5/7/97. Doc. No: 717)
                        (tm) [EOD 05/07/97] [92-43150]

5/7/97           Statement Of Operations from March 1, 1997 to March 31,
                 1997 For Case# 92 B 43384. (EOD Date: 5/7/97. Doc. No: 718)
                        (tm) [EOD 05/07/97] [92-43150]

5/22/97          Disposition of Adversary (94-8007) Withdrawing [1-1]
                 (Complaint NOS 454 Recover Money/Property ) in 94-08007
                 (EOD Date: 5/22/97) (tm) [EOD 05/22/97] [92-43150 94-8007]

5/22/97          Adversary Case (94-8007) Closed. This Adversary Proceeding
                 Docket is Closed Subject to the Filing of a Notice of
                 Appeal within Ten (10) Days of the Entry of the Order
                 Terminating This Adversary Proceeding.(EOD Date: 5/22/97)
                 (tm) [EOD 05/22/97] [94-8007]

5/23/97          Statement Of Operations     from April 1, 1997 to April 30,
                 1997, for case #92-43149.      (EOD Date: 5/27/97. Doc. No:
                 719) (lc) [EOD 05/27/97] [92-43150]

5/23/97          Application with notice of proposed order By Trustee John
                 Pereira To Employ Anderson Kill & Olick, P.C., as Special
                 Bankruptcy Litigation Counsel. . (EOD Date: 5/27/97. Doc.
                 No: 720) (lc) [EOD 05/27/97] [92-43150]

6/4/97           Order Signed On: 6/4/97 Granting [720-1] Application To
                 Expand retention of Anderson Kill & Olick, P.C., as Special
                 Bankruptcy Litigation Counsel. by John Pereira . (EOD Date:
                 6/5/97. Doc. No: 721) (lc) [EOD 06/05/97] [92-43150]

6/13/97          Statement Of Operations from April 1, 1997 to April 30,
                 1997 For Case #92 B 44476 (EOD Date: 6/16/97. Doc. No: 722)
                 (tm) [EOD 06/16/97] [92-43150]

7/2/97           Statement Of Operations from May 1, 1997 to May 31, 1997
                 For Case # 92-43149 (EOD Date: 7/3/97. Doc. No: 723) (mf)
                 [EOD 07/03/97] [92-43150]

7/2/97           Statement Of Operations from May 1, 1997 to May 31, 1997
                 For Case # 92-43384 (EOD Date: 7/3/97. Doc. No: 724) (mf)
                 [EOD 07/03/97] [92-43150]

8/4/97           Statement Of Operations     from June 1, 1997 to June 30, 1997
                 For Case# 92 B 44476 (EOD Date: 8/4/97. Doc. No: 725) (tm)
                 [EOD 08/04/97] [92-43150]

8/20/97          Statement Of Operations     from June 1, 1997 to June 30, 1997
                 (EOD Date: 8/22/97. Doc. No: 726) (tm) [EOD 08/22/97]
                 [92-43150]

8/20/97          Statement Of Operations from 6/1/97 to 6/30/97 For Case
                 Number# 92-43384. (EOD Date: 8/26/97. Doc. No: 728) (mf)
                 [EOD 08/26/97] [92-43150]

8/21/97          Chapter 11 Trustee's Interim Report and Accounting. (EOD
                 Date: 8/26/97. Doc. No: 727) (mf) [EOD 08/26/97]
                 [92-43150]

8/21/97          Application By Trustee John Pereira For Compensation (
                 Fees: $ 9,000.00) (Returnable Date: 10:00 9/4/97 At
                 Courtroom 601 (CB)). (EOD Date: 8/26/97. Doc. No: 727) (mf)
                 [EOD 08/26/97] [92-43150]

8/26/97          Statement Of Operations     from July 1, 1997 to July 31, 1997
                 (EOD Date: 8/28/97. Doc. No: 729) (lc) [EOD 08/28/97]
                 [92-43150]

8/26/97          Statement Of Operations from 7/1/97 to 7/31/97 For Case
                 Number# 92-43384 (EOD Date: 8/28/97. Doc. No: 730) (mf)
                 [EOD 08/28/97] [92-43150]

9/2/97           Statement Of Operations     from July 1, 1997 to July 31, 1997
                 (EOD Date: 9/2/97. Doc. No: 731) (tm) [EOD 09/02/97]
                 [92-43150]

9/19/97          Disposition of Adversary (94-8297) Dismissing [1-2]
                 Complaint NOS 435 Validity/Priority/Extent Lien Dismissing
                 [1-1] Complaint NOS 454 Recover Money/Property (EOD Date:
                 9/19/97) (lc) [EOD 09/19/97] [94-8297]

9/19/97          Adversary Case (94-8297) Closed. This Adversary Proceeding
                 Docket is Closed Subject to the Filing of a Notice of
                 Appeal within Ten (10) Days of the Entry of the Order
                 Terminating This Adversary Proceeding.(EOD Date: 9/19/97)
                        (lc) [EOD 09/19/97] [94-8297]

9/30/97          Statement Of Operations     from August 1, 1997 to August 31,
                 1997 (EOD Date: 10/1/97. Doc. No: 732) (lc) [EOD 10/01/97]
                 [92-43150]

9/30/97          Statement Of Operations     from August 1, 1997 to August 31,
                 1997.   (For case # 92-43384).      (EOD Date: 10/3/97. Doc. No:
                 733) (lc) [EOD 10/03/97] [92-43150]

10/14/97         Disposition of Adversary (93-1086) Withdrawing [1-1]
                 (Complaint NOS 454 Recover Money/Property ) in 93-01086
                 (EOD Date: 10/14/97) (tm) [EOD 10/14/97] [92-43150 93-1086]

10/14/97         Adversary Case (93-1086) Closed. This Adversary Proceeding
                 Docket is Closed Subject to the Filing of a Notice of
                 Appeal within Ten (10) Days of the Entry of the Order
                 Terminating This Adversary Proceeding.(EOD Date: 10/14/97)
                        (tm) [EOD 10/14/97] [93-1086]

10/23/97         Bond of Trustee and Approval     In Amount of $ 60,000.00
                 With National Union Fire Insurance As Surety. (EOD Date:
                 10/28/97. Doc. No: 735) (lc) [EOD 10/28/97] [92-43150]

10/24/97         Statement Of Operations from 08/01/97 to 08/31/97 For Case
                 Number# 92-45415 (EOD Date: 10/24/97. Doc. No: 734) (mf)
                 [EOD 10/24/97] [92-43150]

10/27/97         Statement Of Operations     from September 1, 1997 to
                 September 30, 1997 for case #92-43384.      (EOD Date:
                 10/28/97. Doc. No: 736) (lc) [EOD 10/28/97] [92-43150]

| | |
|---|---|
| 10/27/97 | Statement Of Operations　　from September 1, 1997 to September 30, 1997 for case #92-43149.　　(EOD Date: 10/28/97. Doc. No: 737) (lc) [EOD 10/28/97] [92-43150] |
| 11/12/97 | Application By Accountant Eli Rosman For Compensation for services rendered in the case of Stephen Blair Apartments (Fees: $ 15,526.00,　　Expenses: $ 40.00) . (EOD Date: 11/18/97. Doc. No: 738) (kf) [EOD 11/18/97] [92-43150] |
| 11/12/97 | Application By Accountant Eli Rosman For Compensation for services rendered in the case of Robert M. Felzenberg and Barbara N. Felzenberg ( Fees: $ 17,704.00, Expenses: $ 63.00) . (EOD Date: 11/18/97. Doc. No: 739) (kf) [EOD 11/18/97] [92-43150] |
| 11/20/97 | Trustee's Interim Report For case #92-43149. (EOD Date: 11/21/97. Doc. No: 740) (lc) [EOD 11/21/97] [Edit date 11/24/97] [92-43150] |
| 11/20/97 | Application By Trustee John Pereira For Compensation ( Fees: $ 9,052.77, ) (For case #92-43149). (EOD Date: 11/21/97. Doc. No: 740) (lc) [EOD 11/21/97] [92-43150] |
| 11/21/97 | Second Interim Application By Anderson Kill & Olick, P.C. For Compensation as Special Counsel to the Trustee ( Fees: $ 87,181.50, Expenses: $ 11,825.22) (EOD Date: 11/24/97. Doc. No: 741) (kf) [EOD 11/24/97] [92-43150] |
| 11/24/97 | Notice of Hearing RE: [741-1] Application For Compensation as Special Counsel to the Trustee ( Fees: $ 87,181.50, Expenses: $ 11,825.22) by Anderson Kill & Olick, P.C. schd For 2:00 12/16/97 at Courtroom 601 (CB), [739-1] Application For Compensation for services rendered in the case of Robert M. Felzenberg and Barbara N. Felzenberg ( Fees: $ 17,704.00, Expenses: $ 63.00) by Eli Rosman schd For 2:00 12/16/97 at Courtroom 601 (CB), [740-1] Application For Compensation ( Fees: $ 9,052.77, ) by John Pereira schd For 2:00 12/16/97 at Courtroom 601 (CB) (EOD Date: 11/25/97. Doc. No: 742) (kf) [EOD 11/25/97] [92-43150] |
| 12/1/97 | Statement Of Operations for Debtor ROBERT M. FELZENBERG AND BARBARA M. FELZENBERG, CASE NO. 92 B 45415 from 9/1/97 to 9/30/97 (EOD Date: 12/1/97. Doc. No: 743) (kf) [EOD 12/01/97] [92-43150] |
| 12/1/97 | Statement Of Operations for Debtor STEPHEN-BLAIR APARTMENTS, INC., CASE NO. 92 B 44476 from 9/1/97 to 9/30/97 (EOD Date: 12/1/97. Doc. No: 744) (kf) [EOD 12/01/97] [92-43150] |
| 12/1/97 | Statement Of Operations for Debtor PAYROLL EXPRESS CORPORATION, CASE NO. 92 B 43149 from 10/1/97 to 10/31/97 (EOD Date: 12/1/97. Doc. No: 745) (kf) [EOD 12/01/97] |

                     [92-43150]

12/1/97          Statement Of Operations for Debtor STEPHEN BLAIR INVESTMENT
                 CO., INC., CASE NO. 92 B 43384 from 10/1/97 to 10/31/97
                 (EOD Date: 12/1/97. Doc. No: 746) (kf) [EOD 12/01/97]
                 [92-43150]

12/1/97          Objection By United States Trustee To [741-1] Application
                 For Compensation as Special Counsel to the Trustee ( Fees:
                 $ 87,181.50, Expenses: $ 11,825.22) by Anderson Kill &
                 Olick, P.C., [739-1] Application For Compensation for
                 services rendered in the case of Robert M. Felzenberg and
                 Barbara N. Felzenberg ( Fees: $ 17,704.00, Expenses: $
                 63.00) by Eli Rosman . (EOD Date: 12/2/97. Doc. No: 747) (kf)
                 [EOD 12/02/97] [92-43150]

12/15/97         Notice of Hearing RE: [738-1] Application For Compensation
                 for services rendered in the case of Stephen Blair
                 Apartments (Fees: $ 15,526.00,         Expenses: $ 40.00) by Eli
                 Rosman schd For 10:00 1/14/98 at Courtroom 601 (CB) (EOD
                 Date: 12/16/97. Doc. No: 748) (kf) [EOD 12/16/97]
                 [92-43150]

12/16/97         Statement Of Operations for Robert and Barbara Felzenberg
                 (Case No. 92 B 45415) from 10/1/97 to 10/31/97 (EOD Date:
                 1/14/98. Doc. No: 750) (kf) [EOD 01/14/98] [92-43150]

12/16/97         Statement Of Operations for Stephen Blair Apts., Inc. (Case
                 No. 92 B 44476) from 10/1/97 to 10/31/97 (EOD Date:
                 1/14/98. Doc. No: 751) (kf) [EOD 01/14/98] [92-43150]

12/17/97         Order Signed On: 12/17/97 Granting [741-1] Application For
                 Compensation as Special Counsel To The Trustee ( Fees: $
                 87,181.50, Expenses: $ 11,825.22) By Anderson Kill & Olick,
                 P.C. Payment To Anderson Kill & Olick, P.C. of $82,181.50
                 in Fees and $11,825.22 in Expenses; [739-1] Application For
                 Compensation For Services Rendered in the Case of Robert M.
                 Felzenberg and Barbara N. Felzenberg ( Fees: $ 17,704.00,
                 Expenses: $ 63.00) By Eli Rosman Payment To Eli Rosman,
                 C.P.A. of $16,818.80 in Fees and $63.00 in Expenses and
                 [740-1] Application For Compensation ( Fees: $ 9,052.77, )
                 By John Pereira Payment To John S. Pereira of $9,052.77 in
                 Fees. (EOD Date: 12/24/97. Doc. No: 749) (dm) [EOD 12/24/97]
                 [92-43150]

1/16/98          Order Signed On: 1/16/98 Granting [738-1] Application For
                 Compensation for services rendered in the case of Stephen
                 Blair Apartments by Eli Rosman, CPA; payment to Eli Rosman
                 of $14,750.00 in fees and $40.00 in expenses . (EOD Date:
                 1/30/98. Doc. No: 753) (kf) [EOD 01/30/98] [92-43150]

1/29/98          Transcript of Hearing Held on 12/16/97.          (EOD Date:
                 1/30/98. Doc. No: 752) (lc) [EOD 01/30/98] [92-43150]

2/2/98          Statement Of Operations     from 12/1/97 to 12/31/97 (EOD
                Date: 2/2/98. Doc. No: 754) (kf) [EOD 02/02/98]
                [92-43150]

2/2/98          Statement Of Operations for Stephen Blair Investment Co.,
                Inc. (Case No. 92 B 43384) from 12/1/97 to 12/31/97 (EOD
                Date: 2/2/98. Doc. No: 755) (kf) [EOD 02/02/98]
                [92-43150]

3/3/98          Statement Of Operations for Stephen Blair Investment Co.,
                Inc. (Case No. 92 B 43384) from 1/1/98 to 1/31/98 (EOD
                Date: 3/3/98. Doc. No: 756) (kf) [EOD 03/03/98]
                [92-43150]

3/3/98          Statement Of Operations for Payroll Express Corporation
                (Case No. 92 B 43149) from 1/1/98 to 1/31/98 (EOD Date:
                3/3/98. Doc. No: 757) (kf) [EOD 03/03/98] [92-43150]

3/6/98          Statement Of Operations for Stephen Blair Apts., Inc. (Case
                No. 92 B 44476) from 11/1/97 to 11/30/97 (EOD Date: 3/9/98.
                Doc. No: 758) (kf) [EOD 03/09/98] [92-43150]

3/6/98          Statement Of Operations for Stephen Blair Apts., Inc. (Case
                No. 92 B 44476) from 12/1/97 to 12/31/97 (EOD Date: 3/9/98.
                Doc. No: 759) (kf) [EOD 03/09/98] [92-43150]

3/6/98          Statement Of Operations for Robert and Barbara Felzenberg
                (Case No. 92 B 45415) from 11/1/97 to 11/30/97 (EOD Date:
                3/9/98. Doc. No: 760) (kf) [EOD 03/09/98] [92-43150]

3/6/98          Statement Of Operations for Robert and Barbara Felzenberg
                (Case No. 92 B 45415) from 12/1/97 to 12/31/97 (EOD Date:
                3/9/98. Doc. No: 761) (kf) [EOD 03/09/98] [92-43150]

3/27/98         Complaint (98-8314) John S. Pereira vs. Paul Hastings, etal.
                NOS 454 Recover Money/Property . ( Filing Fee $ 150.00
                Receipt # 76778) (EOD Date: 3/31/98. Doc. No: 1) (lc)
                [EOD 03/31/98] [Edit date 04/01/98] [98-8314]

3/27/98         Order   Signed On: 3/27/98 RE:     Summary Judgment For Trustee
                John Pereira     Against Debtor Robert M. Felzenberg. Robert
                M. Felzenberg is DENIED HIS DISCHARGE. PLEASE SEE ADV.
                PROC. #96-8211, DOC. #40A FOR ORIGINAL ORDER (EOD Date:
                3/31/98 Doc No: 0) (lc) [EOD 03/31/98] [92-43150]

3/31/98         Notice by Clerk's Office to All Creditors and Interested
                Parties:    RE:   Summary Judgment denying Debtor, Robert M.
                Felzenberg's Discharge.    (PLEASE SEE Adv. Proc. #96-8211,
                Doc. #40A. for original order.)         (EOD Date: 3/31/98. Doc.
                No: 762) (lc) [EOD 03/31/98] [92-43150]

3/31/98         Statement Of Operations     from January 1, 1998 to January
                31, 1998, for case #92-45415.        (EOD Date: 4/6/98. Doc. No:
                763) (lc) [EOD 04/06/98] [92-43150]

3/31/98          Statement Of Operations     from February 1, 1998 to February
                 28, 1998 for case #92-45415.        (EOD Date: 4/6/98. Doc. No:
                 764) (lc) [EOD 04/06/98] [92-43150]

3/31/98          Statement Of Operations     from January 1, 1998 to January
                 31, 1998, for case #92-44476.        (EOD Date: 4/6/98. Doc. No:
                 765) (lc) [EOD 04/06/98] [92-43150]

3/31/98          Statement Of Operations     from February 1, 1998 to February
                 28, 1998 for case #92-44476.        (EOD Date: 4/6/98. Doc. No:
                 766) (lc) [EOD 04/06/98] [92-43150]

3/31/98          Statement Of Operations     from February 1, 1998 to February
                 28, 1998 for case #92-43384.        (EOD Date: 4/6/98. Doc. No:
                 767) (lc) [EOD 04/06/98] [92-43150]

3/31/98          Statement Of Operations     from February 1, 1998 to February
                 28, 1998 for case #92-43149.        (EOD Date: 4/6/98. Doc. No:
                 768) (lc) [EOD 04/06/98] [92-43150]

4/2/98           Courts Certificate of Mailing Re: [762-1] Notice of RE:
                 Summary Judgment denying Debtor, Robert M. Felzenberg's
                 Discharge.    # of Notices: 129. (EOD Date: 4/14/98. Doc. No:
                 769) (lc) [EOD 04/14/98] [92-43150]

4/13/98          Affidavit Of Service of Order denying discharge to Robert
                 Felzenberg.    RE: Adv. #96-8211.    (EOD Date: 4/14/98. Doc.
                 No: 770) (lc) [EOD 04/14/98] [92-43150]

4/20/98          Complaint (98-8405) John Pereira, as Chapter 11 Trustee
                 vs. Marshall & Sterling, Inc. . NOS 454 Recover
                 Money/Property . ( Filing Fee $ 150.00 Receipt # 77893)
                 (EOD Date: 4/21/98. Doc. No: 1) (lc) [EOD 04/21/98]
                 [98-8405]

4/24/98          Statement Of Operations     from March 1, 1998 to March 31,
                 1998 (EOD Date: 4/27/98. Doc. No: 771) (lc) [EOD 04/27/98]
                 [92-43150]

4/24/98          Statement Of Operations     from March 1, 1998 to March 31,
                 1998 (EOD Date: 4/27/98. Doc. No: 772) (lc) [EOD 04/27/98]
                 [92-43150]

4/29/98          Order Signed On: 4/29/98 RE: Summary Judgment For     Trustee
                 John Pereira Against Debtor Barbara M. Felzenberg.          BARBARA
                 M. FELZENBERG IS DENIED HER DISCHARGE For original Order,
                 please see Adv. Proc. #96-8211, doc. #46A. (EOD Date:
                 4/29/98 Doc No: 0) (lc) [EOD 04/29/98] [92-43150]

| | |
|---|---|
| 4/29/98 | Notice by Clerk's Office to all Creditors and Interested Parties RE: Summary Judgment DENYING A DISCHARGE FOR BARBARA M. FELZENBERG. For Original Order, please see Adv. Proc. #96-8211, doc. #46A.     (EOD Date: 4/29/98. Doc. No: 773) (lc) [EOD 04/29/98] [92-43150] |
| 5/1/98 | Courts Certificate of Mailing Re: [773-1] Notice of Summary Judgment DENYING A DISCHARGE FOR BARBARA M. FELZENBERG. of Notices: 129. (EOD Date: 5/4/98. Doc. No: 774) (lc) [EOD 05/04/98] [92-43150] |
| 5/5/98 | Transcript of Hearing Held on 4/21/98      RE: 93-8613 ADJ S/C John Pereira    vs;   Adv. hrg RE: fee applications;          ADJ S/C John S. Pereira Trustee      vs   Robert M. & Barbara M. Felzenberg;   Ad. hrg RE:     Status Conference;    ADJ N/M for summary judgment.  (EOD Date: 5/6/98. Doc. No: 775) (lc) [EOD 05/06/98] [92-43150] |
| 5/27/98 | Statement Of Operations    from April 1, 1998 to April 30, 1998 (EOD Date: 5/29/98. Doc. No: 776) (lc) [EOD 05/29/98] [92-43150] |
| 5/27/98 | Statement Of Operations    from April 1, 1998 to April 30, 1998 for case #92-43384.     (EOD Date: 5/29/98. Doc. No: 777)        (lc) [EOD 05/29/98] [92-43150] |
| 5/28/98 | Notice by Alan J. Lipkin, of Willkie Farr & Gallagher, Attorney for Debtor For Change of Address from One Citicorp Center 153 East 53rd Street, NYNY        10022-4677 TO 787 Seventh Avenue, NYNY   10019-6099.   (EOD Date: 5/29/98. Doc. No: 778) (lc) [EOD 05/29/98] [92-43150] |
| 6/1/98 | Statement Of Operations For The Month of March 1998. (FOR CASE NO. 92-45415) (EOD Date: 6/2/98. Doc. No: 779) (dm) [EOD 06/02/98] [92-43150] |
| 6/1/98 | Statement Of Operations For The Month of March 1998. (FOR CASE NO. 92-44476) (EOD Date: 6/2/98. Doc. No: 780) (dm) [EOD 06/02/98] [92-43150] |
| 6/11/98 | Notice by Willkie Farr & Gallagher, Attorney for creditor: The Topps Co., Inc. For Change of (attorney's) Address FROM: One Citicorp Center, NYNY      TO:   787 Seventh Avenue, NYNY. (EOD Date: 6/12/98. Doc. No: 781) (lc) [EOD 06/12/98] [92-43150] |
| 6/12/98 | Statement Of Operations    from April 1, 1998 to April 30, 1998 for case # 92-44476. (EOD Date: 6/12/98. Doc. No: 782)        (lc) [EOD 06/12/98] [92-43150] |
| 6/12/98 | Statement Of Operations    from April 1, 1998 to April 30, 1998 (EOD Date: 6/12/98. Doc. No: 783) (lc) [EOD 06/12/98] [92-43150] |

6/25/98          Letter dated 6/23/98 Filed by Sarah M. Keenan for Trustee
                 John S. Pereira   Re: 341A Meeting of creditors has been
                 adjourned from June 25, 1998 TO     December 17, 1998.   (EOD
                 Date: 6/26/98. Doc. No: 784) (lc) [EOD 06/26/98]
                 [92-43150]

6/26/98          Statement Of Operations     from May 1, 1998 to May 31, 1998
                 for case #92-43149 (Payroll Express Corporation)          (EOD
                 Date: 6/29/98. Doc. No: 785) (lc) [EOD 06/29/98]
                 [92-43150]

6/26/98          Statement Of Operations     from May 1, 1998 to May 31, 1998
                 for case #92-43384 (Stephen Blair Investment Co., Inc.)
                 (EOD Date: 6/29/98. Doc. No: 786) (lc) [EOD 06/29/98]
                 [92-43150]

6/26/98          Increase amount of Bond of Trustee and Approval FROM:
                 $75,000.00 TO:   $ 150,000.00 With Fidelity and Deposit
                 Company of Maryland As Surety. (EOD Date: 6/30/98. Doc. No:
                 787) (lc) [EOD 06/30/98] [92-43150]

7/21/98          Statement Of Operations     from June 1, 1998 to June 30, 1998
                 for case #92-43149.     (EOD Date: 7/21/98. Doc. No: 788) (lc)
                 [EOD 07/21/98] [92-43150]

7/21/98          Statement Of Operations     from May 1, 1998 to May 31, 1998
                 for case #92-45415.     (EOD Date: 7/21/98. Doc. No: 789) (lc)
                 [EOD 07/21/98] [92-43150]

7/21/98          Statement Of Operations     from June 1, 1998 to June 30, 1998
                 (EOD Date: 7/21/98. Doc. No: 790) (lc) [EOD 07/21/98]
                 [92-43150]

7/30/98          Statement Of Operations     from June 1, 1998 to June 30, 1998
                 for case #92-45415.     (EOD Date: 7/30/98. Doc. No: 791) (lc)
                 [EOD 07/30/98] [92-43150]

7/30/98          Statement Of Operations     from June 1, 1998 to June 30, 1998
                 for case #92-44476. (EOD Date: 7/30/98. Doc. No: 792) (lc)
                 [EOD 07/30/98] [92-43150]

8/12/98          Transcript of Hearing Held on 8/5/98.        Re: Pre-Trial
                 Conference (98-8405) (EOD Date: 8/12/98. Doc. No: 793) (kf)
                 [EOD 08/12/98] [92-43150]

8/27/98          Statement Of Operations     from July 1, 1998 to July 31, 1998
                 for case #92-43149, Payroll Express Corporation.          (EOD
                 Date: 8/28/98. Doc. No: 794) (lc) [EOD 08/28/98]
                 [92-43150]

8/27/98          Statement Of Operations     from July 1, 1998 to July 31, 1998
                 for case # 92-43384, Stephen Blair Investment Co., Inc.
                 (EOD Date: 8/28/98. Doc. No: 795) (lc) [EOD 08/28/98]
                 [92-43150]

9/15/98          Statement Of Operations for Robert & Barbara Felzenberg
                 (Case No. 92 B 45415) from 7/1/98 to 7/31/98 (EOD Date:
                 9/15/98. Doc. No: 796) (kf) [EOD 09/15/98] [92-43150]

9/15/98          Statement Of Operations for Stephen Blair Apartments Inc.
                 (Case No. 92 B 44476) from 7/1/98 to 7/31/98 (EOD Date:
                 9/15/98. Doc. No: 797) (kf) [EOD 09/15/98] [92-43150]

9/28/98          Statement Of Operations by Stephen Blair Investment Co.,
                 Inc. (Case No. 92 B 43384) from 8/1/98 to 8/31/98 (EOD
                 Date: 9/30/98. Doc. No: 798) (kf) [EOD 09/30/98]
                 [92-43150]

9/28/98          Statement Of Operations     from August 1, 1998 to August 31,
                 1998 for case #92-43149.     (EOD Date: 9/30/98. Doc. No: 799)
                      (lc) [EOD 09/30/98] [92-43150]

10/8/98          Application By Trustee John Pereira For Retention of Carl
                 Felsenfeld as an expert witness (EOD Date: 10/8/98. Doc.
                 No: 800) (aho) [EOD 10/08/98] [92-43150]

10/8/98          Order   Signed On: 10/7/98 Granting [800-1] Application For
                 Retention of Carl Felsenfeld as an expert witness by John
                 Pereira . (EOD Date: 10/8/98. Doc. No: 801) (aho)
                 [EOD 10/08/98] [92-43150]

10/21/98         Statement Of Operations     from August 1, 1998 to August 31,
                 1998 (EOD Date: 10/21/98. Doc. No: 802) (lc) [EOD 10/21/98]
                 [92-43150]

10/21/98         Statement Of Operations     from August 1, 1998 to August 31,
                 1998   for case #92-44476.     (EOD Date: 10/21/98. Doc. No:
                 803) (lc) [EOD 10/21/98] [92-43150]

10/22/98         Statement Of Operations     from September 1, 1998 to
                 September 30, 1998 for case #92-43384.     (EOD Date:
                 10/23/98. Doc. No: 804) (lc) [EOD 10/23/98] [92-43150]

10/22/98         Statement Of Operations     from September 1, 1998 to
                 September 30, 1998 for case #92-43149. (EOD Date: 10/23/98.
                 Doc. No: 805) (lc) [EOD 10/23/98] [92-43150]

11/5/98          Statement Of Operations for Robert & Barbara Felzenberg (92
                 B 45415) from 9/1/98 to 9/30/98 (EOD Date: 11/12/98. Doc.
                 No: 806) (kf) [EOD 11/12/98] [92-43150]

11/5/98          Statement Of Operations for Stephen Blair Apartments Inc.
                 (92 B 44476) from 9/1/98 to 9/30/98 (EOD Date: 11/12/98.
                 Doc. No: 807) (kf) [EOD 11/12/98] [92-43150]

12/1/98          Statement Of Operations for Payroll Express Corporation
                 (Case No. 92 B 43149) from 10/1/98 to 10/31/98 (EOD Date:
                 12/1/98. Doc. No: 808) (kf) [EOD 12/01/98] [92-43150]

| | |
|---|---|
| 12/1/98 | Statement Of Operations for Stephen Blair Investment Co., Inc. (Case No. 92 B 43384) from 10/1/98 to 10/31/98 (EOD Date: 12/1/98. Doc. No: 809) (kf) [EOD 12/01/98] [92-43150] |
| 12/7/98 | SUPPLEMENTAL Affidavit By Accountant Andrew M. Miller. (EOD Date: 12/8/98. Doc. No: 810) (dm) [EOD 12/08/98] [92-43150] |
| 12/17/98 | Effective 12/17/98, This Case Will be Docketed Exclusively on the Court's Electronic Case Filing System at www.nysb.uscourts.gov. The Docket May be Viewed in Records, Room 511. Docket Entries Will Not be Available for Public Viewing on PACER (Public Access to Court Electronic Records). (EOD Date: 12/17/98. Doc. No: 0) (jw) [EOD 12/17/98] [92-43150] |